1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

15 | ANTHONY BASILE, individually
and on behalf of all others similarly
16 | situated,

17 | Plaintiff,

18 | v.

19 | VALEANT PHARMACEUTICALS
INTERNATIONAL, INC.,
20 | VALEANT PHARMACEUTICALS
INTERNATIONAL, AGMS, INC.,
21 | PERSHING SQUARE CAPITAL
MANAGEMENT, L.P., PS
22 | MANANGEMENT GP, LLC, PS
FUND 1, LLC, WILLIAM A.
23 | ACKMAN, and DOES 1-10,

24 | Defendants.

25

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 14-cv-02004-DOC (ANx)

~~[PROPOSED]~~ **ORDER
REGARDING WAIVER OF
SERVICE AND EXTENSION OF
TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT** [21]

Judge:   Hon. David O. Carter

26
27
28

**[PROPOSED] ORDER**

1          This matter is before the Court on the parties' Joint Stipulation

Regarding Waiver of Service and Extension of Time for Defendants to Respond to

Complaint. The Court, having considered the parties' Stipulation, finds good

cause in support thereof.

         Accordingly, IT IS HEREBY ORDERED:

         1.      Defendants need not respond to the complaint at this time. Defendants' time to answer, move or otherwise respond to the complaint in this action is extended through and including thirty (30) days after entry of this Court's order appointing a lead plaintiff(s) and lead counsel in this action.

         2.      If the court-appointed lead plaintiff(s) intend to file an amended complaint, then Defendants shall negotiate a schedule for a response to such amended complaint with Plaintiffs' lead counsel and submit a stipulation or proposed schedule for the Court's approval within 30 days of the filing of any amended complaint.

         3.      In accordance with Federal Rule of Civil Procedure 4(d), Defendants waive service of process of the summons in this action.

         4.      Except as set forth in paragraph 3, neither Defendants' entry into this Stipulation nor any provision of this Stipulation shall be construed as a waiver of any of Defendants' rights and all defenses, including without limitation any and all defenses related to jurisdiction or venue.


         IT IS SO ORDERED.

Dated:   March 3, 2015        _David O. Carter_
                                 Hon. David O. Carter
                                 United States District Judge

-1-