| | |
|---|---|
| 1 | Mark Holscher (SBN 139582) |
| 2 | mark.holscher@kirkland.com |
|   | Michael Shipley (SBN 233674) |
| 3 | michael.shipley@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 4 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 5 | Telephone:  (213) 680-8400 |
| 6 | Facsimile:   (213) 680-8500 |

7

*Attorneys for Defendants Pershing Square Capital Management, L.P.; PS Management GP, LLC; PS Fund 1, LLC; and William Ackman*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ANTHONY BASILE, individually and on behalf of all others similarly situated, | Case No.: SACV 14–2004 DOC (ANx) |
| Plaintiff, | Honorable David O. Carter |
| v. | **DEFENDANTS PERSHING SQUARE CAPITAL MANAGEMENT, L.P.; PS MANAGEMENT, GP, LLC; PS FUND 1, LLC; AND WILLIAM ACKMAN'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| VALEANT PHARMACEUTICALS, INTERNATIONAL, INC. *et al.*, | |
| Defendants. | |

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1 and Loc. R. |
| 2 | 7.1-1, the undersigned, counsel of record for Defendants Pershing Square Capital |
| 3 | Management, L.P, PS Management, GP, LLC, PS Fund 1, LLC, and William Ackman |
| 4 | (together, "Pershing Square"), certifies that the following listed parties have a |
| 5 | pecuniary interest in the outcome of this case:  (1) Pershing Square Capital |
| 6 | Management, L.P.; (2) PS Management, GP, LLC; (3) PS Fund 1, LLC; (4) William |
| 7 | Ackman; (5) Valeant Pharmaceuticals International, Inc.; (6) Pershing Square, L.P.; |
| 8 | (7) Pershing Square II, L.P.; (8) Pershing Square International, Ltd.; and (9) Pershing |
| 9 | Square Holdings, Ltd.  This representation is made to enable the Court to evaluate |
| 10 | possible disqualification or recusal. |
| 11 | Under Fed. R. Civ. P. 7.1(a)(1), the parents of Pershing Square are as follows. |
| 12 | William Ackman is the controlling member of PS Management, GP, LLC.  PS |
| 13 | Management GP, LLC is the general partner of Pershing Square Capital Management, |
| 14 | L.P.  Valeant Pharmaceuticals International, Inc., Pershing Square, L.P., Pershing |
| 15 | Square II, L.P., Pershing Square International, Ltd., Pershing Square Holdings, Ltd. |
| 16 | are the members of PS Fund 1, LLC.  Valeant's membership stake in PS Fund 1, LLC |
| 17 | is less than 10 percent. |
| 18 | To the best of Pershing Square's knowledge, no other publicly held corporation |
| 19 | owns 10 percent or more of any of the above entities. |
| 20 | |
| 21 | /// |
| 22 | /// |

-1-

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| | | |
|---|---|---|
| 1 | Dated: March 4, 2015 | Respectfully submitted, |
| 2 | | |
| | | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | By:   /s/ Mark Holscher |
| 5 | | Mark Holscher (SBN 139582) |
| | | Michael Shipley (SBN 233674) |
| 6 | | KIRKLAND & ELLIS LLP |
| 7 | | 333 South Hope Street |
| | | Los Angeles, California 90071 |
| 8 | | Telephone:  (213) 680-8400 |
| 9 | | Facsimile:   (213) 680-8500 |
| | | Email:        mark.holscher@kirkland.com |
| 10 | | michael.shipley@kirkland.com |

*Counsel for Pershing Square Capital Management, L.P., PS Management, GP, LLC, PS Fund 1, LLC, and William Ackman*

-2-

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**