Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY BASILE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, AGMS, INC., PERSHING SQUARE CAPITAL MANAGEMENT, L.P., PS MANAGEMENT GP, LLC, PS FUND 1, LLC, WILLIAM A. ACKMAN, and DOES 1-10,<br><br>Defendants. | No. 8:14-cv-02004-DOC-AN<br><br>**MOVANT PATRICIA ROBINSON'S MEMORANDUM IN SUPPORT OF THE VOET & PENSION FUND GROUP'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. David O. Carter<br>Hearing Date: March 23, 2015<br>Time: 8:30 a.m.<br>CTRM: 9D |

0

## I. ARGUMENT

Movant Patricia Robinson has reviewed the competing motions for appointment of lead plaintiff and lead counsel in this case. After a careful review of the moving and opposition papers filed in support of and in opposition to the competing motions, Movant Robinson believes that the current proposal advocated by the Voet & Pension Fund Group should be adopted by the Court.

Voet and Browning propose a structure whereby the Class would be represented by the two individual investors with the largest losses (Voet and Browning) and the two institutional investors with the largest losses (Ohio State Teachers Retirement System ("Ohio STRS") and Iowa Public Employees Retirement System ("IPERS") (Ohio STRS and IPERS)). Ms. Robinson believes that a structure including individual and institutional investors provides the Class with the best possible representation, and therefore respectfully requests that the Court enter an order approving such structure.

## II. CONCLUSION

For the foregoing reasons, Movant Patricia Robinson respectfully requests that the Court appoint Martin Voet and Victoria Browning, along with Ohio STRS and IPERS, to serve as co-lead plaintiffs. Ms. Robinson also supports the appointment of the firms of Cotchett Pitre and Bernstein Litowitz to serve as co-lead counsel for the class, along with an Executive Committee composed of Kessler Topaz and Bottini & Bottini.

1

MOVANT PATRICIA ROBINSON'S MEMO ISO MOTION OF THE VOET & PENSION FUND GROUP'S FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

1
2  Dated: March 9, 2015                Respectfully submitted,
3
                                       THE ROSEN LAW FIRM, P.A.
4
5
                                       /s/ Laurence Rosen
6                                      Laurence M. Rosen, Esq. (SBN 219683)
7                                      355 South Grand Avenue, Suite 2450
                                       Los Angeles, CA 90071
8                                      Telephone: (213) 785-2610
9                                      Facsimile: (213) 226-4684
                                       Email: lrosen@rosenlegal.com
10
11                                     Counsel for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

MOVANT PATRICIA ROBINSON'S MEMO ISO MOTION OF THE VOET & PENSION
FUND GROUP'S FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

## **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 9, 2015, I electronically filed the following MOVANT PATRICIA ROBINSON'S MEMORANDUM IN SUPPORT OF THE VOET & PENSION FUND GROUP'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on March 9, 2015.

                                          /s/ Laurence Rosen
                                          Laurence M. Rosen

3

MOVANT PATRICIA ROBINSON'S MEMO ISO MOTION OF THE VOET & PENSION FUND GROUP'S FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL