UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY BASILE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, AGMS, INC., PERSHING SQUARE CAPITAL MANAGEMENT, L.P., PS MANAGEMENT GP, LLC, PS FUND 1, LLC, WILLIAM A. ACKMAN, and DOES 1-10, <br><br> Defendants. | Case No. 14-cv-2004 DOC (ANx) <br><br> Class Action <br><br> **[PROPOSED] ORDER RE: MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL** <br><br> Hearing Date:  March 23, 2015 <br> Hearing Time:  8:30 a.m. <br> Courtroom:  9D (Santa Ana) <br> Judge:  Hon. David O. Carter |

The Court, having determined that notice of the right to seek appointment as lead plaintiff was properly sent (Bottini Decl., Ex. A (dkt. 16-1), and having considered all timely filed motions seeking appointment as lead plaintiff and lead counsel in this action, as well as all briefing and argument presented by the movants and their counsel, HEREBY ORDERS THAT:

1. Martin Voet, Victoria Browning, the State Teachers Retirement System of Ohio, and Iowa Public Employees Retirement System are the group of persons that are most capable of adequately representing the interests of the proposed Class members, and otherwise satisfy the requirements of Rule 23, and are hereby appointed as Co-Lead Plaintiffs to represent the proposed Class as defined in the Complaint in this action.

2. Cotchett, Pitre & McCarthy, LLP and Bernstein Litowitz Berger & Grossmann LLP are hereby appointed as Co-Lead Counsel for the proposed Class.  Bottini & Bottini, Inc. and Kessler Topaz Meltzer & Check, LLP shall serve on the Plaintiff's Executive Committee, reporting to and acting at the direction of Co-Lead Counsel.

IT IS HEREBY ORDERED.

Dated: _____.

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL