1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

14
15
16
17
18
19
20

| ANTHONY BASILE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. 14-cv-2004 DOC (ANx)<br><br>Class Action<br><br>~~[PROPOSED]~~ XXXXXXXX ORDER CONTINUING HEARING DATE ON MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL<br>[35]<br>Courtroom: 9D (Santa Ana)<br>Judge: Hon. David O. Carter |
|---|---|

21
22
23
24
25
26
27
28

1  The Court, having considered the parties' Joint Stipulation to Continue Hearing
2  Date on Motions for Appointment of Lead Plaintiffs and Lead Counsel, and good cause
3  appearing therefore, HEREBY ORDERS THAT:
4  The motions for appointment of lead plaintiff(s) and lead counsel in this putative
5  class action (ECF Docket Nos. 11, 14, 18), presently set for hearing on April 3, 2014,
6  shall be continued and reset for hearing on April 20, 2014, at 8:30 a.m.
7  IT IS SO ORDERED.
8  Dated: March 17, 2015.                    /s/ David O. Carter
                                              Hon. David O. Carter
9                                             United States District Judge

[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL