Name and address:
Naumon A. Amjed
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19807

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Anthony Basile,

Plaintiff(s)

v.

Valeant Pharmaceuticals International, Inc., et al.,

Defendant(s).

CASE NUMBER

8:14-cv-02004-DOC-AN

~~PROPOSED~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* [37]

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

__Amjed, Naumon A.__ of
*Applicant's Name (Last Name, First Name & Middle Initial)*

__(610) 667-7706__    __(610) 667-7056__
*Telephone Number*    *Fax Number*

__namjed@ktmc.com__
*E-Mail Address*

Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

State Teachers Retirement System of Ohio and Iowa Public Employees Retirement System

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☐ Defendant    ☑ Other: Proposed Lead Plaintiff

and designating as Local Counsel

__Nicholas, Blair A.__ of
*Designee's Name (Last Name, First Name & Middle Initial)*

__178428__    __(858) 793-0070__
*Designee's Cal. Bar Number*    *Telephone Number*

__(858) 793-0323__
*Fax Number*

Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

*Firm Name & Address*

__blairn@blbglaw.com__
*E-Mail Address*

hereby ORDERS the Application be:

☑ **GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

Dated __March 18, 2015__

*/s/ David O. Carter*

U.S. District Judge/~~US Magistrate Judge~~