Name and address:
Ryan T. Degnan
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19807

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Basile,<br><br>　　　　　　　　　　　　Plaintiff(s)<br><br>　　　　v.<br><br>Valeant Pharmaceuticals International, Inc., et al.<br><br>　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>8:14-cv-02004-DOC-AN<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE*  [38] |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

__Degnan, Ryan T.__ of
*Applicant's Name (Last Name, First Name & Middle Initial)*

__(610) 667-7706__　__(610) 667-7056__
*Telephone Number*　*Fax Number*

__rdegnan@ktmc.com__
*E-Mail Address*

Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

__State Teachers Retirement System of Ohio and Iowa Public Employees Retirement System__

*Name(s) of Party(ies) Represented*　☐ Plaintiff　☐ Defendant　☑ Other: Proposed Lead Plaintiff

and designating as Local Counsel

__Nicholas, Blair A.__ of
*Designee's Name (Last Name, First Name & Middle Initial)*

__178428__　__(858) 793-0070__
*Designee's Cal. Bar Number*　*Telephone Number*

　　　　　　　__(858) 793-0323__
　　　　　　　*Fax Number*

Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

*Firm Name & Address*

__blairn@blbglaw.com__
*E-Mail Address*

hereby ORDERS the Application be:

☑ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

Dated __March 18, 2015__

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ David O. Carter*
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/~~U.S. Magistrate Judge~~