Name and address:
Mark Lebovitch
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Basile, <br><br> v.     Plaintiff(s) <br><br> Valeant Pharmaceuticals International, Inc., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 8:14-cv-02004-DOC-AN <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lebovitch, Mark         of   Bernstein Litowitz Berger & Grossmann LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1285 Avenue of the Americas, 38th Floor
                                                               New York, NY 10019
(212) 554-1400          (212) 554-1444
*Telephone Number*       *Fax Number*
MarkL@blbglaw.com                                              *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

State Teachers Retirement System of Ohio and Iowa Public Employees Retirement System

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   ☐ Defendant   ☒ Other: Prop. Lead Plaintiff

and designating as Local Counsel

Nicholas, Blair A.         of   Bernstein Litowitz Berger & Grossmann LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   12481 High Bluff Drive, Suite 300
                                                              San Diego, CA 92130
178428                    (858) 793-0070
*Designee's Cal. Bar Number*   *Telephone Number*
                          (858) 793-0323
                          *Fax Number*                        *Firm Name & Address*
                                                              BlairN@blbglaw.com
                                                              *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

                                              U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 1 of 1