Name and address:
Mark Lebovitch
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Basile,<br><br>                                   v.<br>Valeant Pharmaceuticals International, Inc., et al.,<br><br>Plaintiff(s) / Defendant(s). | **CASE NUMBER**<br>8:14-cv-02004-DOC-AN<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [42] |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lebovitch, Mark
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 554-1400          (212) 554-1444
*Telephone Number*      *Fax Number*

MarkL@blbglaw.com
*E-Mail Address*

of Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

State Teachers Retirement System of Ohio and Iowa Public Employees Retirement System

*Name(s) of Party(ies) Represented*     ☐ Plaintiff  ☐ Defendant  ☒ Other: Prop. Lead Plaintiff

and designating as Local Counsel

Nicholas, Blair A.
*Designee's Name (Last Name, First Name & Middle Initial)*

178428
*Designee's Cal. Bar Number*

(858) 793-0070
*Telephone Number*

(858) 793-0323
*Fax Number*

of Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
*Firm Name & Address*

BlairN@blbglaw.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated  March 26, 2015

*/s/ David O. Carter*
U.S. District Judge / ~~U.S. Magistrate Judge~~

G-64 ORDER (06/13)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 1 of 1