UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Blair A. Nicholas | 2. PHONE NUMBER: 858-793-0070 | 3. DATE: 4/20/15 |
| 4. FIRM NAME: Bernstein Litowitz Berger & Grossmann | 5. E-MAIL ADDRESS: kayem@blbglaw.com | |
| 6. MAILING ADDRESS: 12481 High Bluff Drive, Suite 300 | 7. CITY: San Diego | 8. STATE: CA   9. ZIP CODE: 92130 |
| 10. CASE NUMBER: SA CV 14-2004-DOC | 11. CASE NAME: Anthony Basile v. Valeant Pharmaceutical Internation | 12. JUDGE: David O. Carter |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR: ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Apr 20, 2015 | Debbie Gale | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Motions for Appointment of Counsel, etc. |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings: [partially recorded by CourtSmart system]

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: April   Day: 20   Year: 2015
Transcript payment arrangements were made with:
NAME OF OFFICIAL: Debbie Gale

17. DATE: April 20, 2015

18. SIGNATURE: Blair A. Nicholas

Payment of estimated transcript fees were sent on the following date:
Month: April   Day: 20   Year: 2015

G-120 (09/12)