## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 14-2004-DOC (ANx)                             Date:  April 20, 2015

Title:  ANTHONY BASILE, ET AL V VALEANT PHARMACEUTICAL INTERNATIONAL,
         INC., ET AL

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Francis Bottini, Jr. | Mark Lebovitch |
| Richard Gluck | Mark Holscher |
| Mark Molumphy | Michael Shipley |
| | Lee Rudy |
| | Brian Frawley |

**PROCEEDINGS:    MOTIONS FOR APPOINTMENT OF COUNSEL [11], [14], [18]**

Oral argument was heard.

Court to issue an order.

                                                                    1        :      17
                                                  Initials of Clerk      djg