Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067-1725
T: (310) 712-6600  F: (310) 712-8800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>Defendant(s). | CASE NUMBER<br><br>8:14-cv-02004-DOC (ANx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* [93]** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Heuer, Max S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 558-4400           (212) 558-3588
*Telephone Number*        *Fax Number*

heuerm@sullcrom.com
*E-Mail Address*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Valeant Pharmaceuticals International, Inc.

Valeant Pharmaceuticals International

Michael Pearson
*Name(s) of Party(ies) Represented*   ☐ Plaintiff   X Defendant   ☐ Other:

**and designating as Local Counsel**

Sacks, Robert A.
*Designee's Name (Last Name, First Name & Middle Initial)*

150146                    (310) 712-6600
*Designee's Cal. Bar Number*   *Telephone Number*

                          (310) 712-8800
                          *Fax Number*

Sullivan & Cromwell LLP
1888 Century Park East
Suite 2100
Los Angeles, CA 90067-1725
*Firm Name & Address*

sacksr@sullcrom.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated**  October 16, 2015

*/s/ David O. Carter*

**David O. Carter, U.S. District Judge**