Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

John P. Coffey (*admitted pro hac vice*)
scoffey@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Pershing Square Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION—SANTA ANA**

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | CASE NO. 14-cv-02004-DOC (KES)<br><br>Honorable David O. Carter<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b) IN SUPPORT OF PERSHING DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES FROM PLAINTIFFS TO INTERROGATORIES AND REQUESTS FOR ADMISSION**<br><br>Courtroom: 9D |

Pursuant to Local Rule 79-5.2.2(b), Defendants Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC, William A. Ackman, Pershing Square, L.P., Pershing Square II, L.P., Pershing Square International, Ltd., Pershing Square Holdings, Ltd., and Pershing Square GP, LLC (collectively, "Pershing Square") hereby apply for an order to file the following documents under seal.

| Document | Portion to Be Filed Under Seal | Reason |
| --- | --- | --- |
| Exhibit 6[1] | Entire document | Plaintiffs designated as Confidential |
| Exhibit 7 | Entire document | Plaintiffs designated as Confidential |
| Exhibit 8 | Entire document | Plaintiffs designated as Confidential |
| Exhibit 10 | Entire document | Plaintiffs designated as Confidential |

On December 9, 2015, the parties entered into a Stipulation Regarding Confidential Discovery Material (Dkt. 110), which the Court granted on December 11, 2015 (Dkt. 113) (the "Confidentiality Order"). The Confidentiality Order requires that documents designated by the parties as "Confidential" or "Highly Confidential" be filed "with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court." Dkt. 110 § 9. Plaintiffs have designated Exhibits 6, 7, 8, and 10 as Confidential. Accordingly, Pershing Square respectfully requests that these materials be filed under seal and kept under seal until further order of the Court.

---

[1] All citations to "Exhibits" refer to Exhibits attached to the Declaration of Austin Norris in Support of Pershing Defendants' Motion to Compel Further Responses from Plaintiffs to Interrogatories and Requests for Admission.

| | | |
|---|---|---|
| 1 | Dated:   July 5, 2016 | /s/ Mark Holscher |
| 2 | | Mark Holscher (SBN 139582) |
| | | Michael Shipley (SBN 233674) |
| 3 | | Jay Bhimani (SBN 267689) |
| | | Austin Norris (SBN 284603) |
| 4 | | KIRKLAND & ELLIS LLP |
| | | 333 South Hope St. |
| 5 | | Los Angeles, California 90071 |
| | | Telephone: (213) 680-8400 |
| 6 | | Facsimile: (213) 680-8500 |

/s/ John P. Coffey
John P. Coffey (*admitted pro hac vice*)
Eileen M. Patt (*admitted pro hac vice*)
Kaavya Viswanathan (*admitted pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Pershing Square Defendants*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  July 5, 2016                                          KIRKLAND & ELLIS LLP

                                                              /s/ Mark Holscher
                                                              Mark Holscher