Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

John P. Coffey (*admitted pro hac vice*)
scoffey@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Pershing Square Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION—SANTA ANA

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | CASE NO. 14-cv-02004-DOC (KES) <br><br> Honorable David O. Carter <br><br> **PERSHING DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES FROM PLAINTIFFS TO INTERROGATORIES AND REQUESTS FOR ADMISSION** <br><br> **[Discovery Document:  Referred to Magistrate Judge Karen E. Scott]** <br><br> Hearing Date:  7/26/2016 <br> Time:  10:00 a.m. <br> Courtroom:  6D <br> Discovery Cut-Off:  3/31/2017 <br> Pretrial Date:  8/21/2017 <br> Trial Date:  9/19/2017 |

## NOTICE OF MOTION AND MOTION

TO THIS HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT on July 26, 2016, at 10:00 a.m., or the soonest date and time available to the Court thereafter, in courtroom 6D of the United States District Court for the Central District of California, located at 411 W. 4th Street, Santa Ana, California 92701, Defendants Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC, William A. Ackman, Pershing Square, L.P., Pershing Square II, L.P., Pershing Square International, Ltd., Pershing Square Holdings, Ltd., and Pershing Square GP, LLC will and hereby do move for an order to compel further responses from Plaintiffs to interrogatories and requests for admission.

This Motion is supported by the joint stipulation filed concurrently herewith, as well as the declaration of Austin Norris. This Motion is made following a conference of counsel pursuant to Local Rule 37-1, which took place on May 9, 2016, and in items of written correspondence exchanged between the parties.

Dated: July 5, 2016

/s/ Mark Holscher
Mark Holscher (SBN 139582)
Michael Shipley (SBN 233674)
Jay Bhimani (SBN 267689)
Austin Norris (SBN 284603)
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

/s/ John P. Coffey
John P. Coffey (*admitted pro hac vice*)
Eileen M. Patt (*admitted pro hac vice*)
Kaavya Viswanathan (*admitted pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Pershing Square Defendants*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 5, 2016                    KIRKLAND & ELLIS LLP

By: /s/ Mark Holscher
    Mark Holscher

*Attorneys for Pershing Square Defendants*