Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, California 90071
Telephone: (213) 680-8400

John P. Coffey (*admitted pro hac vice*)
scoffey@kramerlevin.com
KRAMER LEVIN NAFTALIS &FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Attorneys for Pershing Square Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION—SANTA ANA

| | |
|---|---|
| IN RE ALLERGAN, INC. SECURITIES LITIGATION | CASE NO. 14-CV-02004-DOC (KES) |
| | Honorable David O. Carter |
| | **DECLARATION OF AUSTIN NORRIS IN SUPPORT OF PERSHING DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES FROM PLAINTIFFS TO INTERROGATORIES AND REQUESTS FOR ADMISSION** |
| | **[Discovery Document: Referred to Magistrate Judge Karen E. Scott]** |
| | Date: July 26, 2016<br>Time: 10:00 a.m.<br>Courtroom: 6D |
| | Discovery Cut-Off Date: 3/31/2017<br>Pretrial Date: 8/21/2017<br>Trial Date: 9/19/2017 |

**DECL. OF AUSTIN NORRIS ISO MOT. TO COMPEL**

## DECLARATION OF AUSTIN NORRIS

I, Austin Norris, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP and counsel of record for Defendants Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC, William A. Ackman, Pershing Square, L.P., Pershing Square II, L.P., Pershing Square International, Ltd., Pershing Square Holdings, Ltd., and Pershing Square GP, LLC ("Pershing Square") in this action. I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2. On May 9, 2016, counsel for Plaintiffs and Pershing Square met and conferred extensively by phone—for more than 90 minutes—to narrow and clarify the issues in dispute.

3. During the May 9, 2016 conference of counsel, Plaintiffs agreed to amend their responses to Interrogatory No. 1 to address Allergan securities other than common stock. To date, they have not supplemented their response to Interrogatory No. 1 to provide that information. During the same conference of counsel, Plaintiffs asserted that their response to Interrogatory No. 2 was sufficient and complete, and refused to clarify whether any one "detail[] and/or example" in their response constitutes a "substantial step," or whether the steps are only "substantial" in the aggregate.

4. Attached as **Exhibit 1** is a true and correct copy of Docket Number 60, Plaintiffs' June 26, 2015 Amended Complaint.

5. Attached as **Exhibit 2** is a true and correct copy of Docket Number 138, Plaintiffs' April 21, 2016 Second Amended Complaint.

6. Attached as **Exhibit 3** is a true and correct copy of the June 17, 2014 Verified Consolidated Class Action Complaint filed in *In re Allergan, Inc. Stockholder Litig.*, C.A. No. 9609-CB (Del. Ch. May 5, 2014).

1    7. Attached as **Exhibit 4** is a true and correct copy of Docket Number 102, the November 9, 2015 Order Denying Motion to Dismiss.

2    8. Attached as **Exhibit 5** is a true and correct copy of Docket Number 131, the February 22, 2016 Scheduling Order & Order Re: Pretrial and Trial Procedures.

3    9. Attached as **Exhibit 6** is a true and correct copy of a document produced by Lead Plaintiff State Teachers System of Ohio ("Ohio STRS") in this matter, bearing Bates-Stamp OHIO_STRS0000001-10.

4    10. Attached as **Exhibit 7** is a true and correct copy of a document produced by Lead Plaintiff Iowa Public Employees Retirement System ("Iowa PERS") in this matter, bearing Bates-Stamp IOWA PERS0000001-4.

5    11. Attached as **Exhibit 8** is a true and correct copy of a document produced by plaintiff Patrick T. Johnson in this matter, bearing Bates-Stamp JOHNSON0000001-4.

6    12. Attached as **Exhibit 9** is a true and correct copy of Docket Number 18-2, Lead Plaintiffs Ohio STRS's and Iowa PERS's Certifications Pursuant to the Federal Securities Laws.

7    13. Attached as **Exhibit 10** is a true and correct copy of a document produced by Ohio STRS in this matter, bearing Bates-Stamp OHIO_STRS0000699-0001131.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2016 at Los Angeles, California.

                                                /s Austin Norris
                                                Austin Norris

**DECL. OF AUSTIN NORRIS ISO MOT. TO COMPEL**