Hon. James L. Smith (Ret.)
Discovery Referee
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA  92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHER DIVISION

| | |
|---|---|
| IN RE ALLEGAN, INC.<br>SECURITIES LITIGATION | Case No. 14-cv-02004-DOC (KES)<br><br>SPECIAL MASTER ORDER NO. 6<br><br>RULING ON LEAD PLAINTIFF STATE TEACHERS RETIREMENT SYSTEM OF OHIO'S MOITION TO QUASH NOTICE OF DEPOSITION OF JAMES REESE AND JEFFREY OPRANDI AND FOR PROTECTIVE ORDER. |

Lead Plaintiff State Teachers Retirement System of Ohio (Ohio) has moved to quash the deposition notices directed at two Ohio employees, James Reese(Reese) and Jeffrey Oprandi (Oprandi), and for a Protective Order.  Terry Herbst (Herbst), Ohio's designated Rule 30(b)(6) designee regarding Ohio's attempts to marshal for production electronically stored information (ESI), was deposed by moving party Defendant Pershing Square (Pershing) on July 20, 2016.  In his deposition Herbst was queried concerning the process by which Ohio responded to requests for production of ESI served upon it by Pershing.  Herbst testified the requests, once received by Ohio, were processed by its Legal Department and then forwarded to Ohio's Quality Services Department (QST), where Oprandi works.  Oprandi then "clarified" the search criteria and forwarded them to the Server and Workstation Administration Team (SWAT), where Reese works.  Reese then "verified" the terms and loaded them into the e-Discovery software being used to conduct the search.  Herbst did not provide specifics as to what was entailed in clarifying and verifying the search terms and Pershing seeks to depose the Ohio employees who performed these functions.

It is clear that Ohio's ESI production contained essentially no email or other electronic communications between Ohio employees and agents regarding Ohio's sale of approximately $20 million worth of Allergan stock during the class period.  Pershing contends the absence of any such communications in Ohio's production to be confounding in the context of Ohio's extensive and sophisticated investment activities.   Pershing's concerns are reasonable and it should be given the opportunity to investigate further to determine the manner in which the search terms agreed upon between the parties were utilized and as against what databases they were run.  The depositions of Jeffrey Oprandi and James Reese are reasonably necessary to address these questions.  The depositions should be conducted at the offices of Ohio State Teachers Retirement System located in Columbus, Ohio, or at such other location as shall be mutually agreed upon by the parties.

**SPECIAL MASTER ORDER NO. 6**

## CONCLUSION

Ohio State Teachers Retirement System's Motion to Quash the Notice of Depositions of James Reese and Jeffrey Oprandi is denied. The noticed depositions shall be conducted on or before October 14, 2016, in Columbus, Ohio, at a location to be mutually agreed upon between the parties. Absent such agreement the Special Master will designate the location. Other than for good cause shown each deposition shall not exceed three hours in duration.

IT IS SO ORDERED.

Date: September 22, 2016

_____
James L. Smith
Special Master