Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

John P. Coffey (*admitted pro hac vice*)
scoffey@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Pershing Square Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION—SANTA ANA**

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | CASE NO. 14-cv-02004-DOC (KES)<br><br>Honorable David O. Carter<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b) IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ROBERT M. DAINES**<br><br>Courtroom: 9D |

1  Pursuant to Local Rule 79-5.2.2(b), Defendants Pershing Square Capital
2  Management, L.P., PS Management GP, LLC, PS Fund 1, LLC, William A. Ackman,
3  Pershing Square, L.P., Pershing Square II, L.P., Pershing Square International, Ltd.,
4  Pershing Square Holdings, Ltd., and Pershing Square GP, LLC (collectively,
5  "Pershing Square") hereby apply for an order to file the following documents under
6  seal.

| Document | Portion to Be Filed Under Seal | Reason |
| --- | --- | --- |
| Defendants' Response to Plaintiffs' Evidentiary Objections to the Declaration of Robert M. Daines | Portions which quote or refer to Confidential or Sealed Material | Contains quotes and/or references to information from Confidential or Sealed Material |
| Exhibit A to the Declaration of Jay Bhimani in Support of Defendants' Response to Plaintiffs' Evidentiary Objections to the Declaration of Robert M. Daines, Excerpts of the January 12, 2017 deposition transcript of Robert Daines | Portions which quote or refer to Confidential or Sealed Material | Contains quotes and/or references to information from Confidential or Sealed Material |

On December 9, 2015, the parties entered into a Stipulation Regarding Confidential Discovery Material (Dkt. 110), which the Court granted on December 11, 2015 (Dkt. 113) (the "Confidentiality Order"). The Confidentiality Order requires that documents designated by the parties as "Confidential" or "Highly Confidential" be filed "with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court." Dkt. 110 § 9. The parties have designated the above-referenced materials as Confidential.

1  Accordingly, Pershing Square respectfully requests that these materials be filed under
2  seal and kept under seal until further order of the Court.
3
4  Dated:     February 6, 2017           /s/ Mark Holscher
5                                        Mark Holscher (SBN 139582)
                                         Michael Shipley (SBN 233674)
6                                        Jay Bhimani (SBN 267689)
                                         Austin Norris (SBN 284603)
7                                        KIRKLAND & ELLIS LLP
                                         333 South Hope St.
8                                        Los Angeles, California 90071
                                         Telephone: (213) 680-8400
9                                        Facsimile: (213) 680-8500

10                                       /s/ John P. Coffey
                                         John P. Coffey (*admitted pro hac vice*)
11                                       Eileen M. Patt (*admitted pro hac vice*)
                                         Kaavya Viswanathan (*admitted pro hac vice*)
12                                       KRAMER LEVIN NAFTALIS &
                                         FRANKEL LLP
13                                       1177 Avenue of the Americas
                                         New York, New York 10036
14                                       Telephone: (212) 715-9100
                                         Facsimile: (212) 715-8000
15
                                         *Attorneys for Pershing Square Defendants*
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 6, 2017                    KIRKLAND & ELLIS LLP

/s/ Mark Holscher
Mark Holscher