# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  SA CV 14-2004-DOC (KESx)                                        Date:  February 14, 2017

Title:  ANTHONY BASILE, ET AL V VALEANT PHARMACEUTICAL INTERNATIONAL, INC., ET AL

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

|  |  |
|---|---|
| Deborah Goltz | Debbie Gale / Deborah Parker |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Mark Lebovitch | Mark Holscher |
| Lee Rudy | Brian T. Frawley |
| Jeremy Robinson | Jackson Trugman |
| Eli R. Greenstein | Michael Shipley |
|  | Sean Coffey |
|  | Shiran Zohar |

**PROCEEDINGS:**    MOTION TO CERTIFY CLASS [229]
                                    MOTION TO DISMISS SECOND AMENDED COMPLAINT [264]

Hearing held.  Court to issue an order.

                                                                                                        2  :  17
                                                         Initials of Clerk    djg