1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | Case No. **8:14-cv-02004-DOC-KESx** <br><br> <u>CLASS ACTION</u> <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL OR, IN THE ALTERNATIVE, TO FILE DOCUMENTS PUBLICLY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SPECIAL MASTER ORDER NO. 2** <br><br> Hearing Date: June 14, 2017 <br> Time: 2:00 p.m. <br> Courtroom: 9D (Santa Ana) <br> Judge: Hon. David O. Carter |

1  Good cause having been shown, IT IS HEREBY ORDERED THAT Lead
2  Plaintiffs the Iowa Public Employees Retirement System and the State Teachers
3  Retirement System of Ohio, and plaintiff Patrick T. Johnson's (collectively,
4  "Plaintiffs") Application to File Documents Under Seal in Support of Plaintiffs'
5  Application to File Documents Under Seal or, In the Alternative, to File Documents
6  Publicly in Support of Plaintiffs' Supplemental Brief in Support of Motion to Compel
7  Compliance with Special Master Order No. 2 is GRANTED as follows:

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Portion to Be Filed Under Seal | File Under Seal or File Publicly |
|---|---|---|
| **Plaintiffs' Supplemental Brief in Support of Motion to Compel Compliance with Special Master Order No. 2** | Portions which quote or refer to Confidential or Sealed Material | Publicly |
| **Declaration of Justin O. Reliford in Support of Plaintiffs' Supplemental Brief in Support of Motion to Compel Compliance with Special Master Order No. 2** (the "Reliford Declaration" or "Reliford Decl." | Portions which quote or refer to Confidential or Sealed Material | Publicly |
| **Reliford Decl., Ex. A** <br><br> Excerpts from the Deposition Transcript of Howard Schiller, held April 5, 2017 | Entire Document | Publicly |
| **Reliford Decl., Ex. B** <br><br> Excerpts from Hearing Transcript, held May 8, 2017 | Entire Document | Publicly |
| **Reliford Decl., Ex. C** <br><br> Excerpts from the Expert Report of Michael Klausner, dated May 5, 2017 | Entire Document | Publicly |
| **Reliford Decl., Ex. D** <br><br> Excerpts from the Expert Report of Cameron Belsher, dated May 5, 2017 | Entire Document | Publicly |
| **Reliford Decl., Ex. E** <br><br> Excerpts from the Deposition Transcript of Michael Porter, held June 6, 2017 | Entire Document | Under Seal |
| **Reliford Decl., Ex. F** <br><br> Excerpts from the Deposition Transcript of J. Michael Pearson, held September 30, 2014 | Entire Document | Publicly |

| | | |
|---|---|---|
| **Reliford Decl., Ex. G**<br><br>Excerpts from the Deposition Transcript of J. Michael Pearson, held March 14, 2017 | Entire Document | Publicly |
| **Reliford Decl., Ex. H**<br><br>Excerpts from the Deposition Transcript William Ackman, held March 20, 2017 | Entire Document | Publicly |
| **Reliford Decl., Ex. I**<br><br>Excerpts of the Deposition Transcript of William Ackman, held October 2, 2014 | Entire Document | Under Seal |
| **Reliford Decl., Ex. J**<br><br>Email from Alan Sinsheimer to Alison Ressler, Bates-stamped DWPV-0000023 | Entire Document | Under Seal |
| **Reliford Decl., Ex. K**<br><br>Email from Patricia Olasker to Clay Horner, Bates-stamped OSL_VAL00000047 | Entire Document | Under Seal |
| **Reliford Decl., Ex. L**<br><br>Excerpts from the Deposition Transcript of Carolyn Sargent, held May 4, 2017 | Entire Document | Under Seal |
| **Reliford Decl., Ex. M**<br><br>Valeant Defendants' Amended Responses to Plaintiffs' Second Set of Interrogatories, dated June 3, 2016 | Entire Document | Under Seal |
| **Reliford Decl., Ex. N**<br><br>Excerpts from the Deposition Transcript of William Ackman, held March 21, 2017 | Entire Document | Publicly |

1
2      **IT IS SO ORDERED.**
3
4   DATED:  June 16, 2017
        _____
5                    The Honorable David O. Carter
                     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28