UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 14-2004-DOC (KESx)                    Date:  July 27, 2017
         CV 17-4776-DOC (KESx)

Title: ANTHONY BASILE, ET AL. V. VALEANT PHARMACEUTICAL INTERNATIONAL, INC., ET AL.

TIMBER HILL LLC V. PERSHING SQUARE CAPITAL MANAGEMENT, L.P., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING DATES**

The Court ORDERS the dates and deadlines set as follows in the *Timber Hill* action:

| Motion to Lift Stay | July 31, 2017 |
|---|---|
| Deadline for Protective Order | July 31, 2017 |
| Deadline for Motions to be Appointed Lead Counsel | August 30, 2017 |
| Deadline for Motions Regarding Process for Allocation and Distribution of Potential Damages (Both *Timber Hill* and *Basile*) | October 30, 2017 |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-2004-DOC (KESx)  Date: July 27, 2017
        CV 17-4776-DOC (KESx)  Page 2

| | |
|---|---|
| Deadline for Defendants' Motion to Dismiss | November 1, 2017 |
| Deadline for Motions for Class Certification and Form of Notice | March 12, 2018 |
| Deadline for Opposition to Class Certification and Form of Notice | May 7, 2018 |
| Deadline for Reply in Support of Class Certification and Form of Notice | May 21, 2018 |
| Hearing on Class Certification and Form of Notice | June 5, 2018, at 8:30 a.m. |
| Fact and Expert Discovery Cut-Off | June 11, 2018 |
| Deadline for Filing Motions for Summary Judgment | June 18, 2018 |
| Deadline for Opposing Motions for Summary Judgment | July 2, 2018 |
| Deadline for Replies in Support of Motions for Summary Judgment | July 16, 2018 |
| Hearing on Motions for Summary Judgment | July 30, 2018, at 8:30 |
| Final Pre-Trial Conference | September 13, 2018, at 8:30 a.m. |
| Trial | October 2, 2018, at 8:30 a.m. |

Discovery in *Timber Hill* will commence immediately.

      Of note, the deadline for motions regarding the process for allocation and distribution of potential damages applies to **both actions**. In that briefing, the Court will hear the parties' proposals for how to structure the allocation of potential damages in light of the applicable damages cap.

      The parties in *Basile* will turn over all sealed documents in *Basile* to the *Timber Hill* plaintiff's counsel once the parties agree on an appropriate protective order. The parties will submit a stipulated protective order to the Court **on or before July 31, 2017.**

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11  Initials of Deputy Clerk: djg
CIVIL-GEN