**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
RICHARD D. GLUCK
(Bar No. 151675)
rich.gluck@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:  (858) 793-0070
Facsimile:   (858) 793-0323

-and-

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
ELI R. GREENSTEIN
(Bar No. 217945)
egreenstein@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone:  (415) 400-3000
Facsimile:   (415) 400-3001

*Counsel for Lead Plaintiffs*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | **Case No. 8:14-cv-02004-DOC-KESx**<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MICHAEL D. BLATCHLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PERSHING'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: Sept. 25, 2017<br>Time:             8:30 a.m.<br>Courtroom:   9D (Santa Ana)<br>Judge:           Hon. David O. Carter |

BLATCHLEY DECL. ISO PLAINTIFFS' OPPOSITION TO THE PERSHING MOTION FOR SUMMARY JUDGMENT
Case No. 8:14-cv-02004-DOC-KESx

# DECLARATION OF MICHAEL D. BLATCHLEY

I, Michael D. Blatchley, declare as follows:

1. I am a partner at the law firm Bernstein Litowitz Berger & Grossmann LLP and represent Lead Plaintiffs and the class in the above-captioned action. I have personal knowledge of the facts stated in this declaration, and, if called upon as a witness, I could and would testify competently to them.

2. Attached as **Exhibit 1** is a true and correct copy of the transcript of the first day of the deposition of Defendant William A. Ackman, taken on March 20, 2017.

3. Attached as **Exhibit 2** is a true and correct copy of Amended LLC Agreement.

4. Attached as **Exhibit 3** is a true and correct copy of the transcript of the deposition of Roy Katzovicz dated June 20, 2017.

5. Attached as **Exhibit 4** is a true and correct copy of the transcript of the first day of the deposition of Defendant J. Michael Pearson, taken on March 14, 2017

6. Attached as **Exhibit 5** is a true and correct copy of a February 26, 2014 email with the subject "Fw: Venus Agreement" and bearing the Bates Nos. PERCAL-0012967-84.

7. Attached as **Exhibit 6** is a true and correct copy of a November 21, 2014 email from Linda LaGorga to Howard Schiller, bearing the Bates No. VALEANT_00163257.

8. Attached as **Exhibit 7** is a true and correct copy of a July 15, 2014 email with the subject "Indemnity Agreement" and bearing the Bates Nos. VALEANT_00281353-58.

9. Attached as **Exhibit 8** is a true and correct copy of the transcript of the second day of the deposition of Defendant J. Michael Pearson, taken on March 15, 2017.

10. Attached as **Exhibit 9** is a true and correct copy of the transcript of the deposition of Steven Baronoff, taken on June 6, 2017.

11. Attached as **Exhibit 10** is a true and correct copy of correct copy of the transcript of the second day of the deposition of Defendant William A. Ackman, taken on March 21, 2017.

BLATCHLEY DECL. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE PERSHING MOTION FOR SUMMARY JUDGMENT
Case No. 8:14-cv-02004-DOC-KESx

1

12. Attached as **Exhibit 11** is a true and correct copy of a press release titled "Valeant Proposes to Combine with Allergan for $48.30 in cash and 0.83 shares of Valeant stock for each Allergan share" filed by Valeant with the SEC on April 22, 2014.

13. Attached as **Exhibit 12** is a true and correct copy of the Form S-4 filed by Valeant with the SEC on June 18, 2014, retrieved from the SEC EDGAR filing system.

14. Attached as **Exhibit 13** is a true and correct copy of the transcript of the deposition of Defendant William Ackman, taken on October 2, 2014.

15. Attached as **Exhibit 14** is a true and correct copy of the transcript of the deposition of Jordan Rubin, taken on January 10, 2017.

16. Attached as **Exhibit 15** is a true and correct copy of the transcript of the deposition of Mason Morfit, taken on June 23, 2017.

17. Attached as **Exhibit 16** is a true and correct copy of transcript of the deposition of Defendant J. Michael Pearson, taken on September 30, 2014.

18. Attached as **Exhibit 17** is a true and correct copy of the transcript of the deposition of William Doyle, taken on February 10, 2017.

19. Attached as **Exhibit 18** is a true and correct copy of the Declaration of J. Michael Pearson in Support of Defendants' Opposition to Motion for Preliminary Injunction, ECF No. 194-9 filed in *Allergan, Inc. v. Valeant Pharmaceuticals, International, Inc.*, No. 14-cv-01214-DOC (ANx).

20. Attached as **Exhibit 19** is a true and correct copy of a February 7, 2014 email with the subject "NDA" and bearing the Bates No. VALEANT_00036917.

21. Attached as **Exhibit 20** is a true and correct copy of May 16, 2014 letter from Sullivan to the SEC regarding "Allergan, Inc. (NY-9093)", bearing the Bates Nos. VALEANT_00109889-99.

22. Attached as **Exhibit 21** is a true and correct copy of the transcript of the deposition of Alex Moore, taken on June 29, 2017.

BLATCHLEY DECL. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE PERSHING MOTION FOR SUMMARY JUDGMENT
Case No. 8:14-cv-02004-DOC-KESx

2

23. Attached as **Exhibit 22** is a true and correct copy of the transcript of the deposition of Ravi Sinha, taken on June 13, 2017.

24. Attached as **Exhibit 23** is a true and correct copy of a document titled "Minutes of a Telephonic Meeting of the Finance and Transactions Special Committee of the Board of Directors of Valeant Pharmaceuticals International, Inc.," dated February 7, 2014, bearing the Bates Nos. VAL-ALL_00076957-58.

25. Attached as **Exhibit 24** is a true and correct copy of Defendants Valeant Pharmaceuticals International, Inc.'s, Valeant Pharmaceuticals International's, and J. Michael Pearson's Responses and Objections to Plaintiffs' First Set of Requests for Admission to Defendants, dated July 22, 2016.

26. Attached as **Exhibit 25** is a true and correct copy of the transcript of the deposition of Howard B. Schiller, taken on April 5, 2017.

27. Attached as **Exhibit 26** is a true and correct copy of slide deck dated February 7, 2014 titled "A MOE", bearing the Bates Nos. VALEANT_00105866-90.

28. Attached as **Exhibit 27** is a true and correct copy of an executed version of the Confidentiality Agreement between Pershing and Valeant, dated February 19, 2014 and bearing the Bates Nos. PERCAL0082695-702.

29. Attached as **Exhibit 28** is a true and correct copy of April 21, 2014 email from Jordan Rubin to William A. Ackman, et al. with the subject "Final Presentation," bearing the Bates No. VALEANT_00000992, and the attachment thereto, bearing the Bates Nos. VALEANT_00000993-1102.

30. Attached as **Exhibit 29** is a true and correct copy of February 14, 2014 email from Andrew Davis to Mike Pearson and Howard Schiller with the subject "A MOE Update v1.pptx" and bearing the Bates Nos. VALEANT_00016144-70.

31. Attached as **Exhibit 30** is a true and correct copy of a July 29, 2014 email from Brian T. Frawley to Robert Chai-Onn, et al. with the subject "FW: Allergan, Inc. (NY-9093)" and bearing the Bates No. VALEANT_00298889-905.

32. Attached as **Exhibit 31** is a true and correct copy of a February 23, 2014 email with the subject "pharma call," and bearing the Bates No. PERCAL-0037381.

33. Attached as **Exhibit 32** is a true and correct copy of the transcript of the deposition of Michael Porter, taken on June 6, 2017.

34. Attached as **Exhibit 33** is a true and correct copy of a transcript of an interview with Defendants' William Ackman and J. Michael Pearson titled "Bill Ackman and Michael Pearson Intvd on Bloomberg TV," dated April 23, 2014.

35. Attached as **Exhibit 34** is a true and correct copy of a February 5, 2014 email from Robert King to himself with the subject "vrx", bearing the Bates No. GS0048001.

36. Attached as **Exhibit 35** is a true and correct copy of a February 20, 2014 email from William A. Ackman to Mike Pearson with the subject "Fw: Venus Agreement" and bearing the Bates No. VAL-ALL_00028337-44.

37. Attached as **Exhibit 36** is a true and correct copy of a February 22, 2014 email thread among individuals from Kirkland & Ellis LLP, Sullivan & Cromwell LLP, Davies Ward Phillips & Vineberg LLP and Pershing with the subject "Fw: Venus Agreement" and bearing Bates No. PERCAL-0001070 and the attachment thereto, bearing the Bates Nos. PERCAL-0001071-89.

38. Attached as **Exhibit 37** is a true and correct copy of a February 23, 2014 email thread among individuals from Kirkland, Sullivan, WFD Ventures, and Pershing with the subject "Fw: Venus Agreement" and bearing Bates Nos. PERCAL-0000818-19, and the attachment thereto, bearing the Bates Nos. PERCAL-0000820-835.

39. Attached as **Exhibit 38** is a true and correct copy of a July 29, 2014 letter from Sullivan to SEC regarding "Allergan, Inc. (NY-9093)" and bearing the Bates Nos. VALEANT_00109870-85.

40. Attached as **Exhibit 39** is a true and correct copy of handwritten notes by Ben Hakim from a February 13, 2014 meeting, bearing the Bates Nos. PERCAL0226284-89.

BLATCHLEY DECL. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE PERSHING MOTION FOR SUMMARY JUDGMENT
Case No. 8:14-cv-02004-DOC-KESx

4

41. Attached as **Exhibit 40** is a true and correct copy of the transcript of the deposition of Stephen Fraidin, taken on June 19, 2017.

42. Attached as **Exhibit 41** is a true and correct copy of a Rebuttal Expert Report of Joseph Mills, dated June 1, 2017.

43. Attached as **Exhibit 42** is a true and correct copy of the transcript of the deposition of Joele Frank, taken on June 30, 2017.

44. Attached as **Exhibit 43** is a true and correct copy of the transcript of the deposition of David Pyott, taken on April 19, 2017.

45. Attached as **Exhibit 44** is a true and correct copy of the transcript of the deposition of Bernard Black, taken on July 6, 2017.

46. Attached as **Exhibit 45** is a true and correct copy of the transcript of the deposition of Robert Karmel, taken on June 19, 2017.

47. Attached as **Exhibit 46** is a true and correct copy of a May 7, 2014 email thread between the Aaron Werner and Sullivan & Cromwell LLP.

48. Attached as **Exhibit 47** is a true and correct copy of Michael Porter's handwritten notes dated February 22, 2014, previously marked as Exhibit 439 on June 6, 2017.

49. Attached as **Exhibit 48** is a true and correct copy of the Rebuttal Expert Report of Roberta Karmel, dated June 1, 2017

50. Attached as **Exhibit 49** is a true and correct copy of the Schedule TO filed by Valeant with the SEC on June 18, 2014, retrieved from the SEC EDGAR filing system.

51. Attached as **Exhibit 50** is a true and correct copy of the transcript of the deposition of Norma Provencio, taken on December 21, 2016.

52. Attached as **Exhibit 51** is a true and correct copy of February 9, 2014 email from William A. Ackman to Mike Pearson with the subject "Fw: Revised NDA," bearing the Bates Nos. PERCAL0159256-63, and the attachment thereto, bearing the Bates Nos. PERCAL0159264-70.

53. Attached as **Exhibit 52** is a true and correct copy of a February 23, 2014 email from Ross Leff to William A. Ackman, et al. with the subject "FW: Venus Agreement" and bearing the Bates No. PERCAL-0000727, and the attachment thereto, bearing the Bates Nos. PERCAL-0000728-38.

54. Attached as **Exhibit 53** is a true and correct copy of the July 21, 2014 CNBC News release titled "First on CNBC: CNBC Transcript: Bill Ackman, Managing Partner, Pershing Square, on CNBC's "Fast Money Halftime Report" Today, annotated by William A. Ackman during his deposition, taken on March 20, 2017.

55. Attached as **Exhibit 54** is a true and correct copy of a February 17, 2014 email with the subject "Re: Venus NDA Amendment," bearing the Bates Nos. PERCAL-0013940-43.

56. Attached as **Exhibit 55** is a true and correct copy of a true and correct copy of Valeant's investor presentation dated June 17, 2014, filed by Valeant with the SEC on June 17, 2014, retrieved from the SEC EDGAR filing system.

57. Attached as **Exhibit 56** is a true and correct copy of a true and correct copy of a July 16, 2014 email from Anthony Massaro to Qin Tuminelli with the subject "RE: Deck," bearing the Bates No. PERCAL0149081, and the attachment thereto, bearing the Bates Nos. PERCAL0149082-201.

58. Attached as **Exhibit 57** is a true and correct copy of a July 18, 2014 email with the subject "FW: Revised Deck for Website" and bearing the Bates No. PERCAL0121330-453.

59. Attached as **Exhibit 58** is a true and correct copy of Valeant's investor presentation dated July 18, 2014, filed by Valeant with the SEC on July 18, 2014, retrieved from the SEC EDGAR filing system.

60. Attached as **Exhibit 59** is a true and correct copy of Amendment No. 2 to a Schedule 13D filed with the SEC on May 5, 2014, retrieved from the SEC Edgar filing system.

61. Attached as **Exhibit 60** is a true and correct copy of a transcript of a May 13, 2014 phone call between Bill Ackman and David Pyott, bearing the Bates Nos. PERCAL0258601-04.

62. Attached as **Exhibit 61** is a true and correct copy of a September 26, 2014 email with the subject "FW: note from Bill Doyle," bearing the Bates No. PERCAL0099188.

63. Attached as **Exhibit 62** is a true and correct copy of of a July 16, 2014 letter from William A. Ackman to the Board of Directors of Allergan with the subject "Re: It is Time to Reflect."

64. Attached as **Exhibit 63** is a true and correct copy of the transcript of the deposition of Anthony Massaro, taken on September 12, 2016.

65. Attached as **Exhibit 64** is a true and correct copy of Valeant's Board of Directors meeting minutes, dated February 21, 2014 and bearing Bates Nos. VAL-ALL_00077083-91.

66. Attached as **Exhibit 65** is a true and correct copy of Pershing's Responses and Objections to Plaintiffs' Second Set of Requests for Admission.

67. Attached as **Exhibit 66** is a true and correct copy of the Schedule 13D filed by Pershing Square Capital Management, L.P. with the SEC on April 21, 2014, retrieved from the SEC Edgar filing system.

68. Attached as **Exhibit 67** is a true and correct copy of an excerpt of the transcript of William A Ackman's testimony before the Attorney General of the State of New York, dated June 4, 2013.

69. Attached as **Exhibit 68** is a true and correct copy of the Damages Expert Report of Mukesh Bajaj, dated March 27, 2017

70. Attached as **Exhibit 69** is a true and correct copy of an April 22, 2014 *CNN Money* article.

71. Attached as **Exhibit 70** is a true and correct copy of a May 28, 2014 *New York Times* article.

72. Attached as **Exhibit 71** is a true and correct copy of May 30, 2014 *New York Times* article.

73. Attached as **Exhibit 72** is a true and correct copy of an October 27, 2014 *Reuters* article

74. Attached as **Exhibit 73** is a true and correct copy of a Pershing investor presentation on Allergan, filed in a Schedule 14A with the SEC on June 2, 2014.

75. Attached as **Exhibit 74** is a true and correct copy of a July 17, 2014 S&P Call Transcript.

76. Attached as **Exhibit 75** is a true and correct copy of a Valeant June 2, 2014 investor conference call transcript, filed in a Form 425 with the SEC on June 3, 2014.

77. Attached as **Exhibit 76** is a true and correct copy of the transcript of the deposition of Edmund Wiener, taken on June 22, 2017.

78. Attached as **Exhibit 77** is a true and correct copy of the transcript of the deposition of Robert Chai-Onn, taken on June 28, 2017.

79. Attached as **Exhibit 78** is a true and correct copy of a February 14, 2014 email attaching "A MOE Update v1.pptx" and bearing Bates Nos. VAL-ALL_00048174-200.

80. Attached as **Exhibit 79** is a true and correct copy of a document titled "Minutes of a Meeting of the Board of Directors of Valeant Pharmaceuticals International, Inc." held on April 7, 2014, and bearing the Bates Nos. VAL-ALL_00077109-55.

81. Attached as **Exhibit 80** is a true and correct copy of June 25, 2014 email with the subject "RE: Project Apollo – daily public filings" and bearing the Bates Nos. VALEANT_00055739-41.

82. Attached as **Exhibit 81** is a true and correct copy of the transcript of the deposition of Steve Thel, taken on June 1, 2017.

BLATCHLEY DECL. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE PERSHING MOTION FOR SUMMARY JUDGMENT
Case No. 8:14-cv-02004-DOC-KESx

8

83. Attached as **Exhibit 82** is a true and correct copy of the Expert Report of Prof. F. Partnoy, dated May 5, 2017.

84. Attached as **Exhibit 83** is a true and correct copy of the transcript of the Hearing on S. 510 before the Subcommittee on Securities of the Senate Committee on Banking and Currency, 90th Congress, 1st Session (1967).

85. Attached as **Exhibit 84** is a true and correct copy of a July 3, 2014 letter from the SEC to Valeant Pharmaceuticals International, Inc.

86. Attached as **Exhibit 85** is a true and correct copy of a July 22, 2014 letter from the Sullivan & Cromwell LLP to the SEC.

87. Attached as **Exhibit 86** is a true and correct copy of July 17, 2014 letter from Kirkland & Ellis LLP to the SEC.

88. Attached as **Exhibit 87** is a true and correct copy of the transcript of the preliminary injunction hearing held on October 28, 2014.

89. Attached as **Exhibit 88** is a true and correct copy of the SEC's Consent Order with Allergan dated January 17, 2014.

90. Attached as **Exhibit 89** is a true and correct copy of an October 1, 2014 letter from Kirkland & Ellis to the SEC.

91. Attached as **Exhibit 90** is a true and correct copy of an excerpt from an October 20, 2014 letter from Kirkland & Ellis to the SEC.

92. Attached as **Exhibit 91** is a true and correct copy of a November 10, 2014 letter from the SEC to Allergan.

93. Attached as **Exhibit 92** is a true and correct copy of a November 25, 2014 letter from the SEC to Allergan.

94. Attached as **Exhibit 93** is a true and correct copy of a June 30, 2015 letter from the SEC to Actavis.

95. Attached as **Exhibit 94** is a true and correct copy of a June 30, 2015 letter from the SEC to Allergan.

96. Attached as **Exhibit 95** is a true and correct copy of a May 2, 2016 letter from the SEC to Allergan.

97. Attached as **Exhibit 96** is a true and correct copy of a May 26, 2016 letter from Allergan to the SEC.

98. Attached as **Exhibit 97** is a true and correct copy of a July 15, 2016 letter from Allergan to the SEC.

99. Attached as **Exhibit 98** is a true and correct copy of Defendants Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC and William A. Ackman's Supplemental Responses to Plaintiffs' First Set of Interrogatories

100. Attached as **Exhibit 99** is a true and correct copy of Defendants Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC and William A. Ackman's Supplemental Responses to Plaintiffs' Third Set of Interrogatories.

101. Attached as **Exhibit 100** is a true and correct copy of an ISDA 2002 Master Agreement dated February 25, 2014.

102. Attached as **Exhibit 101** is a true and correct copy of the transcript of the deposition of Frank Partnoy taken on June 29, 2017.

103. Attached as **Exhibit 102** is a true and correct copy of transcript of the deposition of Frank Partnoy taken on October 21, 2014.

104. Attached as **Exhibit 103** is a true and correct copy of Expert Report of Roberta S. Karmel, dated March 27, 2017.

105. Attached as **Exhibit 104** is a true and correct copy of the transcript of the deposition of Robert Daines taken on January 12, 2017.

106. Attached as **Exhibit 105** is a true and correct copy of the transcript of the deposition of Michael Klausner taken on June 20, 2017.

107. Attached as **Exhibit 106** is a true and correct copy of the transcript of the deposition of Joseph Mills taken on June 16, 2017.

108. Attached as **Exhibit 107** is a true and correct copy of the Expert Report of Joseph Mills, dated March 27, 2017.

109. Attached as **Exhibit 108** is a true and correct copy of a transcription of the Pershing Square Capital Management 1st Quarter 2014 Conference Call held on April 29, 2014, bearing the Bates No. PERCAL0360557.

110. Attached as **Exhibit 109** is a true and correct copy of the transcript of the deposition of Ravi Sinha, taken on June 13, 2017.

111. Attached as **Exhibit 110** is a true and correct copy of Expert Report of Robert Daines, dated May 5, 2017.

112. Attached as **Exhibit 111** is a true and correct copy of excerpts from the Institutional Investor Report of the Securities and Exchange Commission (1971).

113. Attached as **Exhibit 112** is a true and correct copy of an email from William A. Ackman to Matthew Maletta dated May 19, 2014.

114. Attached as **Exhibit 113** is a true and correct copy of a transcript of the Pershing Square Capital Management 2d Quarter 2014 Conference Call.

115. Attached as **Exhibit 114** is a true and correct copy of the transcript of the deposition of Andrew Burch taken on May 5, 2017.

116. Attached as **Exhibit 115** is a true and correct copy of the transcript of the deposition of Linda LaGorga taken on June 13, 2017.

117. Attached as **Exhibit 116** is a true and correct copy of the deposition transcript of James Wolfe taken on October 20, 2014.

118. Attached as **Exhibit 117** is a true and correct copy of a transcript of Valeant's June 2, 2014 investor presentation, filed with the SEC on June 3, 2014.

119. Attached as **Exhibit 118** is a true and correct copy of Pershing's Responses to Plaintiffs' First Set of Requests for Admission.

120. Attached as **Exhibit 119** is a true and correct copy of a Preliminary Solicitation Statement filed with SEC on June 2, 2014.

121. Attached as **Exhibit 120** is a true and correct copy of a Schedule 14A Preliminary Proxy Statement, bearing the Bates Nos. PERCAL-0072852-930.

122. Attached as **Exhibit 121** is a true and correct copy of a letter from Richard Brand to the SEC dated July 22, 2014.

123. Attached as **Exhibit 122** is a true and correct copy of May 12, 2014 email from Laura Gaibor to Laurie Little with the subject "Fwd from Mike Pearson" and bearing the Bates No. VALEANT_00314524, and the attachment thereto, bearing the Bates No. VALEANT_00314525.

124. Attached as **Exhibit 123** is a true and correct copy of a May 12, 2014 email with the subject "As per Mike's conversation with you, he will be expecting your call at 11 pm" and bearing the Bates Nos. VALEANT_00044620-21.

125. Attached as **Exhibit 124** is a true and correct copy of Valeant press release, filed as Exhibit 99.1 to Valeant's May 28, 2014 Form 8-K.

126. Attached as **Exhibit 125** is a true and correct copy of a February 8, 2014 email with the subject "RE: Short idea – Valeant Pharmaceuticals (VRX)" and bearing the Bates Nos. PERCAL-0038062-64.

127. Attached as **Exhibit 126** is a true and correct copy of March 17, 2014 email from William A. Ackman to Bill Doyle with the subject "FW: VRX Memo," and bearing the Bates No. PERCAL-0006947-48.

128. Attached as **Exhibit 127** is a true and correct copy of document titled "Key Takeaways from Other Hostile Situations," and bearing Bates No. PERCAL02262418.

129. Attached as **Exhibit 128** is a true and correct copy of the transcript of the deposition of Ben Hakim, taken on October 7, 2016.

130. Attached as **Exhibit 129** is a true and correct copy of an email from Aamir Malik to Mike Pearson dated April 4, 2014 with the subject line "Project A," bearing Bates No. VAL-ALL_00027473.

131. Attached as **Exhibit 130** is a true and correct copy of a June 11, 2014 email from Andrew W. Burch to Joe McGrath bearing the Bates No. BARC_CA_011671.

132. Attached as **Exhibit 131** is a true and correct copy of Allergan Form 8-K, May 12, 2014 attaching as exhibits an Allergan press release and presentation concerning its rejection of Valeant's proposal.

133. Attached as **Exhibit 132** is a true and correct copy of Allergan's May 27, 2014 Form 8-K, filed with the SEC.

134. Attached as **Exhibit 133** is a true and correct copy of a May 28, 2014 *L.A. Times* article entitled, *New Valeant Bid for Botox Maker Allergan 'Disappointing,' Analyst Says*.

135. Attached as **Exhibit 134** is a true and correct copy of May 28, 2014, *New York Post* article entitled *Valeant Penny-Antes Bid.*

136. Attached as **Exhibit 135** is a true and correct copy of May 28, 2014 *Hamilton Spectator* article entitled *Quebec's Valeant Makes Weak Play to Buy Botox Firm Allergan*.

137. Attached as **Exhibit 136** is a true and correct copy of an Amended Schedule TO-T/A filed with the SEC on July 23, 2014.

138. Attached as **Exhibit 137** is a true and correct copy of a Schedule TO-T/A filed with the SEC on August 25, 2014.

139. Attached as **Exhibit 138** is a true and correct copy of Schedule TO-T/A filed with the SEC on September 22, 2014

140. Attached as **Exhibit 139** is a true and correct copy of Valeant Form S-4 Amendment No. 3 filed with the SEC on September 22, 2014.

141. Attached as **Exhibit 140** is a true and correct copy of the Expert Report of Steve Thel, dated June 1, 2017.

142. Attached as **Exhibit 141** is a true and correct copy of the Expert Report of Prof. Bernard Black, dated March 27, 2017.

143. Attached as **Exhibit 142** is a true and correct copy of February 11, 2014 executed "Limited Liability Company Agreement of PS Fund 1, LLC", bearing the Bates Nos. PERCAL-0021649-57.

144. Attached as **Exhibit 143** is a true and correct copy of a May 7, 2014 email attaching a letter from Sullivan & Cromwell LLP to the SEC.

145. Attached as **Exhibit 144** is a true and correct copy of an email from Jeff Ubeen to Mike Pearson and Howard Schiller, dated November 13, 2014.

146. Attached as **Exhibit 145** is a true and correct copy of an email from William A. Ackman to Kay Weinmann dated February 24, 2014 entitled "Fw; Venus Agreement."

147. Attached as **Exhibit 146** is a true and correct copy of a May 9, 2014 letter from Kirkland & Ellis LLP to the SEC regarding "In the Matter of Allergan, Inc. (NY-9093)," bearing the Bates Nos. PERCAL0215116-42.

148. Attached as **Exhibit 147** is a true and correct copy of an email and attachment from Adam Rapp to William A. Ackman dated November 19, 2014 and bearing the Bates No. PERCAL0318279-80.

149. Attached as **Exhibit 148** is a true and correct copy of an October 27, 2014, Valeant Form 425, filed with the SEC.

150. Attached as **Exhibit 149** is a true and correct copy of the transcript of the deposition of Stephen Choi dated October 7, 2014.

151. Attached as **Exhibit 150** is a true and correct copy of an excerpt from Institutional Investor Report of the Securities and Exchange Commission (1971).

152. Attached as **Exhibit 151** is a true and correct copy of the Valeant Form S-4 Amendment No. 1, filed on July 22, 2014.

153. Attached as **Exhibit 152** is a true and correct copy of the Valeant Form S-4 Amendment No. 2 filed on August 22, 2014.

154. Attached as **Exhibit 153** is a true and correct copy of a Letter from Pershing to the SEC, filed via EDGAR on August 4, 2014.

BLATCHLEY DECL. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE PERSHING MOTION FOR SUMMARY JUDGMENT
Case No. 8:14-cv-02004-DOC-KESx

14

155. Attached as **Exhibit 154** is a true and correct copy of a letter from Valeant to the SEC dated July 22, 2014.

156. Attached as **Exhibit 155** is a true and correct copy of an email from William A. Ackman to a group of SEC employees dated December 2, 2007.

157. Attached as **Exhibit 156** is a true and correct copy of a February 10, 2014 *BernsteinResearch* report titled "Allergan: Note from Meeting with Management."

158. Attached as **Exhibit 157** is a true and correct copy of the transcript of the deposition of Allison Ressler dated June 22, 2017.

159. Attached as **Exhibit 158** is a true and correct copy of the transcript of the deposition of RBC Rule 30(b)(6) designee Mordecai Rubin, dated June 2, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2017 in New York, New York.

*/s/ Michael D. Blatchley*
Michael D. Blatchley

BLATCHLEY DECL. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE PERSHING MOTION FOR SUMMARY JUDGMENT
Case No. 8:14-cv-02004-DOC-KESx

15