# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 14-2004-DOC (KESx)                    Date:  December 8, 2017

Title:  ANTHONY BASILE V VALEANT PHARMACEUTICAL INTERNATIONAL, INC.,
      ET AL

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

|  |  |
|---|---|
| Deborah Lewman | Debbie Gale<br>Deborah Parker |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lee D. Rudy | Mark C. Holscher |
| Edward Timilin | John P. Coffey |
| Gregory M. Castaldo | Daniel G. Murphy |
| Mark Lebovitch | John C. Hoeston |
|  | Moez M. Kaba |
|  | Steven Feldman |
|  | Ada Fernandez Johnson |

**PROCEEDINGS:**   **DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT [395], PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT [401], DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT; DEFENDANTS' MOTION FOR ORER
FOR PROCESS FOR ALLOCATION AND DISTRIBUTION OF
POTENTIAL DAMAGES [558]; LEAD PLAINTIFFS' MOTION
FOR ORDER FOR ALLOCATION PROCEDURE [559]**

Hearing held and continued to December 11, 2017 at 4:00 p.m.

|  |  |  |  |
|---|---|---|---|
|  | 2 | : | 03 |
| Initials of Clerk | djl |  |  |