UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 14-2004-DOC (KESx)            Date: December 11, 2017

Title: ANTHONY BASILE V VALEANT PHARMACEUTICAL INTERNATIONAL, INC., ET AL

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Debbie Gale / Sharon Seffens |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lee D. Rudy | Mark C. Holscher |
| Edward Timilin | John P. Coffey |
| Gregory M. Castaldo | Daniel G. Murphy |
| Mark Lebovitch | John C. Hoeston |
|  | Moez M. Kaba |
|  | Steven Feldman |
|  | Ada Fernandez Johnson |

**PROCEEDINGS:** DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [395], PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [401], DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' MOTION FOR ORER FOR PROCESS FOR ALLOCATION AND DISTRIBUTION OF POTENTIAL DAMAGES [558]; LEAD PLAINTIFFS' MOTION FOR ORDER FOR ALLOCATION PROCEDURE [559]

---

Hearing held and continued to December 12, 2017 at 3:00 p.m.

                                                                   2 : 58
Initials of Clerk     djl