**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-2004-DOC (KESx)            Date:  December 12, 2017

Title: ANTHONY BASILE V VALEANT PHARMACEUTICAL INTERNATIONAL, INC., ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Deborah Parker / Sharon Seffens |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:
- Lee D. Rudy
- Edward Timilin
- Gregory M. Castaldo
- Mark Lebovitch

ATTORNEYS PRESENT FOR DEFENDANT:
- Mark C. Holscher
- John P. Coffey
- Daniel G. Murphy
- John C. Hoeston
- Moez M. Kaba
- Steven Feldman
- Ada Fernandez Johnson

**PROCEEDINGS:** DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [395], PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [401], DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' MOTION FOR ORER FOR PROCESS FOR ALLOCATION AND DISTRIBUTION OF POTENTIAL DAMAGES [558]; LEAD PLAINTIFFS' MOTION FOR ORDER FOR ALLOCATION PROCEDURE [559]

Hearing held and continued to December 14, 2017 at 4:00 p.m.

                                                                   2 : 45

Initials of Clerk      djl