# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 14-2004-DOC (KESx)                  Date: December 14, 2017

Title: ANTHONY BASILE V VALEANT PHARMACEUTICAL INTERNATIONAL, INC., ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Debbie Gale / Deborah Parker / Sharon Seffens |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lee D. Rudy | Mark C. Holscher |
| Edward Timilin | John P. Coffey |
| Gregory M. Castaldo | Daniel G. Murphy |
| Mark Lebovitch | John C. Hoeston |
| | Moez M. Kaba |
| | Steven Feldman |
| | Ada Fernandez Johnson |

**PROCEEDINGS:** DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [395], PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [401], DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' MOTION FOR ORER FOR PROCESS FOR ALLOCATION AND DISTRIBUTION OF POTENTIAL DAMAGES [558]; LEAD PLAINTIFFS' MOTION FOR ORDER FOR ALLOCATION PROCEDURE [559]

Hearing held. Court to issue a final order.

Jury Trial continued to February 26, 2018 at 8:30 a.m

                                                 Initials of Clerk    djl      1 : 52