**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
ELI R. GREENSTEIN
(Bar No. 217945)
egreenstein@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
RICHARD D. GLUCK
(Bar No. 151675)
rich.gluck@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Lead Plaintiffs*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | Case No. **8:14-cv-02004-DOC-KESx** <br><br> <u>CLASS ACTION</u> <br><br> **JOINT PROPOSED PROSPECTIVE JUROR QUESTIONNAIRE** |

JOINT PROPOSED PROSPECTIVE JUROR QUESTIONNNAIRE

Pursuant to the Court's request at the December 14, 2017 hearing in the above-captioned matter, Lead Plaintiffs the State Teachers Retirement System of Ohio, the Iowa Public Employees Retirement System, and named Plaintiff Patrick T. Johnson and Defendants Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC, William A. Ackman, Pershing Square, L.P., Pershing Square II, L.P., Pershing Square International, Ltd., Pershing Square Holdings, Ltd., Pershing Square GP, LLC, Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and J. Michael Pearson hereby submit for the Court's approval a Joint Proposed Prospective Juror Questionnaire, attached as Exhibit 1 hereto, for jurors to complete at the start of the *voir dire* process.

Dated: December 18, 2017            Respectfully Submitted,

KESSLER TOPAZ MELTZER & CHECK, LLP

By: */s/ Justin R. Reliford*
    Justin R. Reliford

*Co-Lead Counsel for Lead Plaintiffs and the Class*

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: */s/ Edward G. Timlin*
    Edward G. Timlin

*Co-Lead Counsel for Lead Plaintiffs and the Class*

HUESTON HENNIGAN LLP

By: */s/ John C. Hueston*
    John C. Hueston

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Counsel for Valeant Defendants*

KIRKLAND & ELLIS LLP

By: <u>*/s/ Michael Shipley*</u>
    Michael Shipley

*Counsel for Pershing Square Defendants*