## PROSPECTIVE JUROR QUESTIONNAIRE

This questionnaire has been approved by the Court and is to be filled out by each prospective juror in this case. This information is designed solely to save time and assist the Court and the parties in selecting jurors for the trial. This information will be destroyed after the jury selection process is completed and will not be used for any other purpose.

The questions asked in this questionnaire could be asked in open Court.

Please answer the questions truthfully and completely, as you are under oath and under penalty of perjury. You must print or handwrite your answers yourself, without consulting any other person.

There are no right or wrong answers. Do not assume that any of your answers will make you more or less likely to be chosen to serve on the jury. When completing this questionnaire:

- Answer each question in ink, writing legibly.
- If you do not understand the *question,* write the words "Do Not Understand."
- If you do not know the *answer*, write the words "Don't Know."
- Do not discuss the questions or your answers with anyone else, including other jurors.
- If anyone tries to discuss the questionnaire or the case with you, please notify the court staff.
- The court staff is not permitted to answer your questions about the questionnaire.
- The last page, front and back, is available for further space to write if you need more than the space provided. Next to the question, please note "continued on p. #".

Thank you for your cooperation.

## BACKGROUND INFORMATION

Juror Number: _____

Name: _____

Address: _____

Contact Telephone Number: _____

1. Date of Birth: _____    Age: \_\_\_\_\_    Place of Birth: _____

2. What city do you live in: _____
    How long at your current address: _____

3. Are you:    ☐ Male    ☐ Female    ☐ Decline to state

4. What is your ethnicity?
    ☐ White/Caucasian
    ☐ Black/African American

1

☐ Hispanic/Latino
☐ Asian
☐ Filipino/Pacific Islander
☐ Other: _____

5. How would you describe the community you live in?   ☐ Urban   ☐ Suburban   ☐ Rural

6. Marital Status: Please mark the appropriate box

☐ Divorced and Remarried   ☐ First Marriage   ☐ Never Married

☐ Divorced, now single   ☐ Widowed   ☐ Separated   ☐ Living with partner

7. Do you own or rent your place of residence?   ☐ Own   ☐ Rent   ☐ Live with Friends
☐ Live with relatives

8. What is (or was) your occupation?_____

9. What is (or was) your spouse/partner's occupation? _____

10. How long have you lived in Orange County? _____

11. Where did you grow up?  City: _____ State: _____ Other:_____

## EMPLOYMENT / EDUCATION / PERSONAL EXPERIENCE

12. Which of the following describes your **current** employment status? **(CHECK ALL THAT APPLY)**

☐ Self-Employed              ☐ Out on Strike
☐ Employed (Full Time)       ☐ Out on Disability
☐ Employed (Part Time)       ☐ Homemaker
☐ Seasonally Unemployed      ☐ Between Jobs
☐ Retired                    ☐ Student
☐ Other (specify)_____

13. If you are **currently** employed,

What is your job title?_____

Please state your employer:_____

How long have you held this job?_____

What are your specific duties and responsibilities in this job?

_____

_____

2

14. Please list your past employers over the last 5 years, including self-employment, beginning with the most recent.  If you are retired or not currently working, please list previous employers. Briefly describe the job duties you had.

| Employer | Approx. Dates of Employment | Title(s) | Duties | Did you supervise others? If so, how many people? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

15. Are you or have you ever been employed as a state employee and participated in a public pension fund (e.g. CalPERS)?

    ☐  Yes      ☐  No

16. Do you have any relatives, a spouse, or anyone close to you who has been employed as a state employee and participated in a public pension fund (e.g. CalPERS)?

    ☐  Yes      ☐  No

17. Have you or any member of your family**, or anyone close to you** <u>ever</u> had any connection with any of the following organizations, such as through **employment, personal acquaintance, business dealings, stock ownership or other dealings?  (CHECK ALL THAT APPLY):**

|  | <u>Self</u> | <u>Other</u> |
|---|---|---|
| Allergan | _____ | _____ |
| Valeant | _____ | _____ |

|  | Self | Other |
|---|---|---|
| Pershing Square | \_\_\_\_\_ | \_\_\_\_\_ |
| Nomura | \_\_\_\_\_ | \_\_\_\_\_ |
| Actavis | \_\_\_\_\_ | \_\_\_\_\_ |

**If yes to any of the above**: Please give details as to who, when and how connected:

_____

_____

_____

18. Have you, or any relatives, or anyone close to you ever had any educational or job-related training or paid work experience, volunteer experience, or any other relevant experience in any of the following fields: (Check all that apply)

| Field | | | | |
|---|---|---|---|---|
| The Pharmaceutical Field | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Investment Banking/Stock Brokerage | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Commercial Banking or Finance | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Venture Capital/Private Equity Financing | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Mergers/Acquisitions | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Investing/Investor Relations | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Contracts/Negotiations | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Accounting | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Financial Planning | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Financial Services/Mortgage Lending | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Boards of Directors | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Sales | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Marketing/Public Relations | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| A regulatory agency | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |
| Compliance | \_\_\_\_\_ Yes, Self | \_\_\_\_\_ Yes, Relatives | \_\_\_\_\_ Yes, Someone Close | \_\_\_\_\_ No |

If yes to any above, please explain, using back page for additional space:

_____

19. Please check the **highest** level of education you completed:

    ☐ Less than High School Diploma

    ☐ High School Graduate

    ☐ GED/High School Equivalency

    ☐ Trade/Technical School: Course of study:_____

    ☐ Some College: Major/course of study:_____

    ☐ College Degree - 2 year program: Major/course of study:_____

    ☐ College Degree - 4 year program: Major/course of study:_____

    ☐ Doctoral or other Graduate degree work: Field and Degree:_____

20. Please list **all of the adults and children** other than yourself who live in your household and provide the following information:

| Name | Relationship | Age | Occupation | Employer |
|------|--------------|-----|------------|----------|
|      |              |     |            |          |
|      |              |     |            |          |
|      |              |     |            |          |
|      |              |     |            |          |
|      |              |     |            |          |
|      |              |     |            |          |

21. For any **adult children** who do not live with you, please list occupation and employer for each:

| Name | Age | Occupation | Employer |
|------|-----|------------|----------|
|      |     |            |          |
|      |     |            |          |
|      |     |            |          |
|      |     |            |          |
|      |     |            |          |

22. Have **you, your spouse, or any family member** ever owned or managed a business **of any type**?

    ☐ Yes    ☐ No

    If yes, please describe who and the business:_____

5

23. Please check the highest level of education **your spouse or partner** completed:

    ☐ Less than High School Diploma
    ☐ High School Graduate
    ☐ GED/High School Equivalency
    ☐ Trade/Technical School: Course of study:_____
    ☐ Some College: Major/course of study:_____
    ☐ College Degree - 2 year program: Major/course of study:_____
    ☐ College Degree - 4 year program: Major/course of study:_____
    ☐ Doctoral or other Graduate degree work: Field and Degree:_____

24. If **your spouse or partner** is currently employed,

    a. What is his/her job? _____
    b. Please state his/her employer:_____
    c. How long has he/she held this job?___

25. Are **you or** your **spouse a member** of a union?  ☐ YES, Me   ☐ YES, Spouse   ☐ NO

    Please state who belonged to what union, how long, and offices held:_____
    _____

26. What is your impression of the local economy?

    ☐ Very good   ☐ Good   ☐ Fair   ☐ Poor   ☐ Very poor

27. Have **you or a family member** ever served in the military?

    ☐ YES, Me   ☐ YES, A family member   ☐ Yes, both myself and a family member   ☐ NO

28. Have you or someone close to you ever worked for a company that was purchased by or merged with another company?

    ☐ Yes   ☐ No

29. If yes to question 28, how did the merger or purchase affect you or them?

    Please explain:_____
    _____

6

30. Have you or someone close to you ever had a job that involved regular contact with officers or directors of a corporation?

    ☐  Yes     ☐  No

31. If yes to question 30, what were your experiences with the officers or directors you had regular contact with, and what are your opinions of them?_____

    _____

## **INVESTING**

32. Do you or your spouse currently own stock or mutual funds (Check all that apply)?  ☐ YES, Me   ☐ YES, Spouse   ☐ NO

    If yes, please describe what stocks you own and/or what industries you typically invest in.

    _____

    _____

33. Have you or your spouse owned stock or mutual funds in the past (Check all that apply)?

    ☐ YES, Me    ☐ YES, Spouse    ☐ NO

    If yes, please describe what stocks you owned and/or what industries you have typically invested in.

    _____

    _____

34. If Yes to questions 32-33 above, how satisfied were you or have you been with your investment experience?

    ☐  Very satisfied ☐   Somewhat satisfied ☐   Somewhat unsatisfied ☐   Very unsatisfied

    Please explain.

    _____

    _____

35. Have you or someone close to you ever gained or lost a significant amount of money in the stock market?

    ☐  YES     ☐  NO

    If yes, please explain.

    _____

36. Have you or an immediate family member ever personally bought or sold stock using online trading software?

    ☐ YES  ☐ NO

37. What are your experiences with investing and investment professionals?

    _____
    _____

38. Have you or someone close to you ever been a victim of what you considered to be fraud or any other type of wrongdoing in the securities or financial industries?

    ☐ YES  ☐ NO

    If yes, please explain.

    _____
    _____

39. Have you or someone close to you ever been the victim of any other type of crime or wrongdoing?

    ☐ YES  ☐ NO

    If yes, please explain.

    _____
    _____

40. Have you ever followed any stories in the media about alleged wrongdoings in the stock market or financial industry?

    ☐ YES  ☐ NO

    If yes, please explain.

    _____
    _____

41. Have you ever followed any stories in the media about alleged wrongdoings by corporate executives?

    ☐ YES  ☐ NO

    If yes, please explain.

    _____

42. What is your view of Wall Street and those that work there?

43. What is your view of pharmaceutical companies and those that work there?

44. Have you seen, read, heard or experienced anything that influences your view of Wall Street investment managers? If so, please explain what it was:

45. Have you seen, read, heard or experienced anything that influences your view of pharmaceutical company executives? If so, please explain what it was:

46. How knowledgeable or familiar do you consider yourself to be about investment firms?

    ☐  Not at all    ☐  Somewhat    ☐  Very

    Please explain.

47. How knowledgeable or familiar do you consider yourself to be about the stock market and stock investing?

    ☐  Not at all    ☐  Somewhat    ☐  Very

    Please explain.

48. Are you familiar with the term "activist investors"?  ☐ YES    ☐ NO    ☐ Not Sure

49. If you answered YES to question 48, do you have any strong feelings, positive or negative, about activist investors?

    ☐ YES    ☐ NO

    If yes, please explain:

50. How knowledgeable or familiar do you consider yourself to be about tender offers?

    ☐ Not at all    ☐ Somewhat    ☐ Very

    Please explain.

51. How knowledgeable or familiar do you consider yourself to be about insider trading?

    ☐ Not at all    ☐ Somewhat    ☐ Very

    Please explain.

## MEDIA AND KNOWLEDGE OF THE CASE

52. Have you ever heard or read anything about this case or the Parties?  If so, please explain what you have heard or read.

53. Have you, either through any experience you have had or anything you have seen, heard, or read, developed any personal feelings for or against any of the parties or facts of this case that would make it difficult for you to be a fair and impartial juror?

    ☐ YES    ☐ NO

    If yes, please explain:

54. Have you seen, read or heard anything about Bill Ackman?

    ☐ YES    ☐ NO

    If yes, please describe what you have seen, read or heard.

10

55. Do you have any strong feelings, positive or negative, about Pershing Square or Bill Ackman?

    ☐ YES   ☐ NO

    If yes, please explain.

56. Have you seen, read or heard anything about Michael Pearson?

    ☐ YES   ☐ NO

    If yes, please describe what you have seen, read or heard.

57. Do you have any strong feelings, positive or negative, about Valeant Pharmaceuticals or Michael Pearson?

    ☐ YES   ☐ NO

    If yes, please explain.

58. What newspapers, types of books, magazines or newsletters do you subscribe to or read frequently?

59. What television shows/networks/cable channels do you frequently watch?

60. What topics do you enjoy reading about in newspapers, books or magazines for pleasure or information?

## COMMUNITY INVOLVEMENT

61. Please list any organizations you currently volunteer for, belong to or contribute to (e.g. social, political, civic, religious, consumer, community, etc.):

62. Have you ever written a complaint letter to any company, business, or professional, or a letter to a newspaper, politician or local official?

    ☐ YES   ☐ NO

    If yes, what was it about?

63. What sort of things do you do in your spare time?

## LEGAL EXPERIENCE

64. Do you have any family members or close friends who are trained or employed in any field having to do with the law or the legal system? (A court, law firm, corporate law department, etc.)

    ☐ YES   ☐ NO

    a. If yes, please identify the individuals and their training or employment in the legal area:

| Individual | Relationship | Training/Employment in Legal Area |
|---|---|---|
| | | |
| | | |
| | | |

65. Have you, your spouse, anyone in your family or any close friends ever <u>sued</u> anyone?

    ☐ YES   ☐ NO

    a. If yes, please describe the individuals, the circumstances, and how the dispute was resolved:

12

| Individual | Circumstances | How Resolved |
|---|---|---|
| | | |
| | | |
| | | |

66. Have you, your spouse, anyone in your family or any close friends ever <u>been sued</u>?

    ☐ YES   ☐ NO

    a. If yes, please describe the individuals, the circumstances, and how the dispute was resolved:

| Individual | Circumstances | How Resolved |
|---|---|---|
| | | |
| | | |
| | | |

67. From what you have read or heard, do you think that in recent years, money awards from lawsuits have generally been:

    _____ Often too high
    _____ Occasionally too high
    _____ About right
    _____ Occasionally too low
    _____ Often too low

68. How many times have you served on:

    A civil jury?           _____
    A criminal jury?        _____
    A grand jury?           _____

69. Have you ever served as a foreperson?

    ☐ YES   ☐ NO

70. Have you ever served on a jury that failed to reach a verdict?

    ☐ YES   ☐ NO

    If yes, please explain: _____

    _____

13

**CURRENT JURY SERVICE**

71. Do you recognize or think you might know any of the potential witnesses listed on Attachment A?
    ☐ YES  ☐ NO

    If yes, please explain: _____

72. Do you recognize or think you might know any of the law firms or lawyers listed on Attachment B?
    ☐ YES  ☐ NO

    If yes, please explain: _____

73. Is there any information not asked in this questionnaire that you feel the court should know about you that could affect your ability to be a fair and impartial juror in this case?

    ☐ YES  ☐ NO

    If yes, please explain: _____

74. Do you have any philosophical, ethical, religious, political or other beliefs that would make it difficult for you to serve as a fair and impartial juror in this case?

    ☐ YES  ☐ NO

75. Do you have any questions or concerns about serving on this jury?  ☐ YES  ☐ NO

    If yes, what questions or concerns do you have? _____

76. Is there any matter you would prefer to discuss privately? ☐ Yes  ☐ No

**POTENTIAL HARDSHIP**

This trial will begin on February 26, 2018, and is expected to **last for approximately six weeks.** During that time, the trial will proceed Monday through Friday each week from 8:30 a.m. to 4:00 p.m. with breaks in the morning and early afternoon.

77. Are you the primary caregiver of a pre-school child?

    ☐ Yes  ☐ No

    If yes, please explain: _____

78. Do you have health/care giver responsibilities for a person whose health or safety would be jeopardized if you were absent for long periods of time during the day?

  ☐ Yes    ☐ No

  If yes, please explain: _____

79. Are you taking any medications, or do you have any medical or personal condition that would make it difficult for you to concentrate or attend all sessions during the trial?

  ☐ Yes    ☐ No

  If yes, please explain: _____

80. Do you have any difficulty speaking, reading or understanding English?

  ☐ Yes    ☐ No

  If yes, please explain: _____

81. Do you have an unusual financial hardship that would prevent you from serving as a juror in this case?

  ☐ Yes    ☐ No

  If yes, please explain: _____

82. Does your current employer compensate you for jury service?

  ☐ Yes    ☐ No

  If yes, how many days of jury service will your current employee pay for?_____

83. Given the trial schedule, is there anything else that would prevent you from being available to serve as a juror in this case?

  ☐ Yes    ☐ No

If yes, please explain what would prevent you from serving as a juror for this period of time:

_____

_____

**I certify under the penalty of perjury, that the foregoing is true and correct and that I have received no assistance from any other person in completing this questionnaire.**

**Executed in the State of California, on** _____.
                                                           **(Date)**

                                                    _____
                                                              **Signature of Juror**


Date:_____           _____
                                                             (Signature)

## ATTACHMENT A - POTENTIAL WITNESSES

| | | |
|---|---|---|
| William Ackman | Stephen H. Halperin | Michael Pearson |
| Anthony Asnes | Fred Hassan | Michael Porter |
| Mukesh Bajaj | Todd Herget | Norma Provencio |
| Steven Baronoff | Glenn Hubbard | David Pyott |
| Jeff Beisner | Debra Huland | Alison Ressler |
| Cameron Belsher | Patrick Johnson | Jordan Rubin |
| Craig Besselman | Roberta Karmel | Mordecai Rubin |
| Bernard Black | Roy Katzovicz | Ramy Saad |
| Richard Brand | Robert King | Carolyn Sargent |
| Doug Bryce | Michael Klausner | Howard Schiller |
| Andrew Burch | Linda LaGorga | David J. Scott |
| Robert Chai-Onn | Laurie Little | Beryl Silver |
| James A. Chenard | Matthew Maletta | Ravi Sinha |
| Robert M. Daines | Anthony Massaro | John Skrobe |
| Andrew Davis | Punit Mehta | Renee Soto |
| Kathy Dodd | Joseph Mills | Steven Thel |
| William Doyle | Christina Minnis | Robert Toovey |
| Steven Eastwood | Alex Moore | Brent Walton |
| Stephen Fraidin | Mason Morfit | Edmund Wiener |
| Joele Frank | Paul Parker | James Wolfe |
| Steven Grenadier | Frank Partnoy | Raffaele Zingone |
| Ben Hakim | Samir Patel | |

## **ATTACHMENT B – ATTORNEYS & LAW FIRMS**

### **Attorneys**

Gregory M. Castaldo

John P. "Sean" Coffey

Mark Holscher

John C. Hueston

Mark Lebovitch

Lee D. Rudy

### **Law Firms**

Bernstein Litowitz Berger & Grossmann LLP

Davies Ward Phillips & Vineberg LLP

Hueston Hennigan LLP

Kessler Topaz Meltzer & Check, LLP

Kirkland & Ellis LLP

Kramer Levin Naftalis & Frankel LLP

Osler Hoskin & Harcourt LLP

Skadden, Arps, Slate, Meagher & Flom LLP

Sullivan & Cromwell LLP