**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
RICHARD D. GLUCK (Bar No. 151675)
rich.gluck@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  (858) 793-0070
Facsimile:  (858) 793-0323

-and-

**KESSLER TOPAZ MELTZER**
 **& CHECK, LLP**
ELI R. GREENSTEIN (Bar No. 217945)
egreenstein@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone:  (415) 400-3000
Facsimile:  (415) 400-3001

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | Case No. **8:14-CV-02004-DOC (KES)** <br><br> Honorable David O. Carter <br><br> **DECLARATION OF PAUL A. BREUCOP IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** <br><br> Hearing Date: February 26, 2018 <br> Time: 8:30 a.m. <br> Courtroom: 9D (Santa Ana) <br> Judge: Hon. David O. Carter |

# DECLARATION OF PAUL A. BREUCOP

I, Paul A. Breucop, declare as follows:

1. I am an attorney at the law firm of Kessler Topaz Meltzer & Check, LLP, Co-Lead Counsel for Class Representatives the Iowa Public Employees Retirement System, the State Teachers Retirement System of Ohio, and Patrick T. Johnson (collectively, "Plaintiffs") in this action. I respectfully submit this declaration in support of Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Proposed Settlement. I have personal knowledge of the facts stated in this declaration and can testify competently to them if called upon to do so.

2. From January 2016 through June 2017, Plaintiffs and Lead Counsel engaged in extensive fact and expert discovery, including, *inter alia*: (i) taking or defending over 70 fact and expert depositions; (ii) issuing over 60 document requests; (iii) serving 25 interrogatories; (iv) serving 664 requests for admission; (v) serving over 30 subpoenas on third parties; (vi) obtaining, reviewing, and analyzing over 1.5 million pages of discovery from Defendants and third parties; (vii) reviewing voluminous written discovery responses from defendants; (viii) reviewing and producing over 800,000 pages of client discovery, including extensive written discovery responses; (ix) reviewing and analyzing thousands of privilege log entries; and (x) exchanging opening and rebuttal reports for six expert witnesses and analyzing reports from seven defense experts.

3. Between November 2017 and the end of December 2017, the parties prepared and exchanged voluminous pre-trial documents pursuant to the pre-trial scheduling order. The parties exchanged, *inter alia*, stipulations of fact on November 20, 2017, contentions of law and fact on November 28, 2017, objections to the joint exhibit list on November 29, 2017, and witness lists on December 5, 2017. Additionally, during this time, Lead Counsel were actively engaged in trial preparation, including preparing jury instructions, witness outlines, deposition designations, and a proposed pre-trial order.

4. Attached hereto are true and correct copies of the following exhibits:

BREUCOP DECLARATION ISO PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT
CASE NO. 8:14-CV-02004-DOC (KESX)

1

| | | |
|---|---|---|
| Exhibit 1: | Excerpts of the transcript of the hearing held on January 16, 2018; |
| Exhibit 2: | United States Court of Appeals for the Ninth Circuit docket, *Anthony Basile, et al. v. Pershing Square Capital Mgmt., et al.*, No. 17-80046; |
| Exhibit 3: | Excerpts of Volume 1 of the transcript of the summary judgment hearing held on December 8, 2017; |
| Exhibit 4: | Order Preliminarily Approving Class Action Settlement, Approving Proposed Notice, and Scheduling Fairness Hearing, *In re Med. Cap. Sec. Litig.*, Case No. 10-2145-DOC (RNBx) (C.D. Cal. May 6, 2013); |
| Exhibit 5: | Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, *Pace v. PetSmart, Inc.*, Case No. 8:13-cv-00500-DOC-RNB (C.D. Cal. Jan. 14, 2015); and |
| Exhibit 6: | Order and Final Judgment, *Middlesex Ret. Sys. v. Quest Software, Inc.*, Case No. 2:06-06863-DOC (RNBx) (C.D. Cal. Apr. 26, 2010). |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2018, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Paul A. Breucop*
　　　　　　　　　　　　　　　　　　　　PAUL A. BREUCOP