# EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

```
ANTHONY BASILE, individually and   )
on behalf of all others similarly  )
situated,                          )
                                   )
        Plaintiffs,                )
                                   )
    vs.                            ) No. 8:14-CV-2004-DOC
                                   )    Item No. 3, Vol. I
VALEANT PHARMACEUTICALS            )
INTERNATIONAL, et al.,             )
                                   )
        Defendants.                )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Hearing on Motions

Santa Ana, California

Friday, December 8, 2017

Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

**Certified for Bernstein Litowitz Berger & Grossmann LLP**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**

Case 8:14-cv-02004-DOC-KES   Document 605-4   Filed 01/26/18   Page 3 of 4   Page ID #:77636
8:14-CV-2004-DOC -- 12/8/2017 - Item No. 3, Vol. I

60

| | | |
|--|--|--|
|12:16| 1 | That's what the facts and the data show.  And a |
| | 2 | jury should get to see the objective and subjective evidence |
| | 3 | showing that there was no substantial steps to a tender |
| | 4 | offer. |
|12:16| 5 | Let's allow the argument to proceed before a jury, |
| | 6 | Your Honor, and to have the fair fight there. |
|12:16| 7 | THE COURT:  Okay.  Just a moment. |
|12:16| 8 | Counsel, have a seat. |
|12:16| 9 | MR. LEBOVITCH:  *(Complies.)* |
|12:18| 10 | THE COURT:  All right.  There will be another |
| | 11 | opportunity.  I'll have questions in just a moment. |
|12:18| 12 | Counsel, have a seat for a minute.  I'll be right |
| | 13 | back with you.  Why don't all of you just have a chat. |
|12:19| 14 | Counsel, why don't we meet back at a quarter till. |
|12:19| 15 | I'll be right back. |
|12:19| 16 | *(Recess held at 12:20 p.m.)* |
|12:51| 17 | *(Proceedings resumed at 12:51 p.m.)* |
|12:51| 18 | THE COURT:  Back on the record. |
|12:51| 19 | Don't be misled on behalf -- by plaintiffs.  What |
| | 20 | you don't know is that there's another opinion sitting in |
| | 21 | chambers that goes exactly the opposite way on substantial |
| | 22 | steps.  I haven't shared that with you yet.  It's been |
| | 23 | written both ways because this is really a close call for |
| | 24 | me.  So what I don't want you to be misled by is this |
| | 25 | tentative. |

Case 8:14-cv-02004-DOC-KES   Document 605-4   Filed 01/26/18   Page 4 of 4   Page ID #:77637
8:14-CV-2004-DOC - 12/8/2017 - Item No. 3, Vol. I

84

```
01:42   1                              -oOo-
01:42   2
01:42   3                           CERTIFICATE
01:42   4
01:42   5        I hereby certify that pursuant to Section 753,
        6   Title 28, United States Code, the foregoing is a true and
        7   correct transcript of the stenographically reported
        8   proceedings held in the above-entitled matter and that the
        9   transcript page format is in conformance with the
       10   regulations of the Judicial Conference of the United States.
01:42  11
01:42  12   Date:  December 11, 2017
01:42  13
01:42   14
01:42                              /s/ Debbie Gale
01:42   15                        _____
01:42                              DEBBIE GALE, U.S. COURT REPORTER
01:42  16                          CSR NO. 9472, RPR, CCRR
01:42  17
       18
       19
       20
       21
       22
       23
       24
       25
```