# Exhibit A-3

**Exhibit A-3**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | **Case No. 8:14-cv-02004-DOC-KESx**<br><br>CLASS ACTION |

### SUMMARY NOTICE OF (I) PROPOSED SETTLEMENT AND PLAN OF ALLOCATION; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

To:  **All persons who sold Allergan, Inc. ("Allergan") common stock during the period February 25, 2014 through April 21, 2014, inclusive (the "Class Period"), and were damaged thereby (the "Class").**[1]

**PLEASE READ THIS NOTICE CAREFULLY; YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that Court-appointed Class Representatives, State Teachers Retirement System of Ohio, Iowa Public Employees Retirement System, and Patrick T. Johnson, on behalf of themselves and the Court-certified Class, in the above-captioned securities class action (the "Action") have reached a proposed settlement of the Action with defendants Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, and J. Michael Pearson (collectively, the "Valeant Defendants") and Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC, Pershing Square, L.P., Pershing Square II, L.P., Pershing Square GP, LLC, Pershing Square Holdings, Ltd., Pershing Square International, Ltd., and William Ackman (collectively, the "Pershing Defendants," and together with the Valeant Defendants, the "Defendants") for $250,000,000.00 that, if approved, will resolve all claims in the Action.

A hearing will be held on _____, 2018 at _:__ _.m before The Honorable David O. Carter, in the United States District Court for the Central District of California, Ronald Reagan Federal Building, United States Courthouse, 411 West Fourth Street, Santa Ana, CA, 92701, 9th Floor, Courtroom 9D, to determine:  (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the releases specified and described in the Stipulation and Agreement of Settlement dated January 26, 2018 should be granted; (iii) whether the proposed Plan of Allocation

---

[1] Certain persons and entities are excluded from the Class by definition and others are excluded pursuant to request.  The full definition of the Class including a complete description of who is excluded from the Class is set forth in the full Settlement Notice referred to below.

should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the full printed Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Settlement Notice") and the Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at *Allergan Proxy Violation Securities Litigation*, c/o GCG, P.O. Box 10436, Dublin, Ohio  43017-4036, (855) 474-3851.  Copies of the Settlement Notice and Claim Form can also be downloaded from the website for the Action, www.AllerganProxyViolationSecuritiesLitigation.com, or from Lead Counsel's respective websites.

The Class includes only persons who sold Allergan common stock during the Class Period (February 25, 2014 through April 21, 2014, inclusive), and were damaged thereby.  Persons who traded securities other than Allergan common stock, including derivative securities with a value that is a function of or related to the value of Allergan common stock ("Allergan Derivative Securities"), are not members of the Class as a consequence of those trades.  A separate proposed settlement has been reached on behalf of traders in Allergan Derivative Securities.  For information about that settlement please visit: www._____.com.

If you are a Class Member, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form ***postmarked*** no later than _____, 2018.  If you are a Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and representative counsel for Defendants such that they are ***received*** no later than _____, 2018, in accordance with the instructions set forth in the Settlement Notice.

**Please do not contact the Court, the Clerk's office, Allergan, Defendants, or their counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Settlement Notice and Claim Form, may be made to Lead Counsel:

|  |  |
|---|---|
| **Bernstein Litowitz Berger & Grossmann LLP** | **Kessler Topaz Meltzer & Check, LLP** |
| Mark Lebovitch | Lee Rudy |
| 1251 Avenue of the Americas | 280 King of Prussia Road |
| New York, NY  10020 | Radnor, PA  19087 |
| (212) 554-1400 | (610) 667-7706 |
| blbg@blbglaw.com | info@ktmc.com |

Requests for the Settlement Notice and Claim Form should be made to:

*Allergan Proxy Violation Securities Litigation*
c/o GCG
P.O. Box 10436
Dublin, Ohio  43017-4036

(855) 474-3851
www.AllerganProxyViolationSecuritiesLitigation.com

By Order of the Court