COTCHETT, PITRE & MCCARTHY, LLP
  Joseph W. Cotchett (SBN 36324)
  jcotchett@cpmlegal.com
  Mark C. Molumphy (SBN 168009)
  mmolumphy@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577

BOTTINI & BOTTINI, INC.
  Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
  Albert Y. Chang (SBN 296065)
  achang@bottinilaw.com
  Yury A. Kolesnikov (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002

*Counsel for Plaintiff Anthony Basile and Movant Victoria Browning*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | Case No. 14-cv-2004 DOC (KESx)<br><br>Class Action<br><br>**Notice of Motion and Motion of Plaintiff Anthony Basile and Movant Victoria Browning for Reimbursement of Litigation Expenses, Award of Attorneys' Fees, and Approval of Service Awards**<br><br>Hearing Date:   May 30, 2018<br>Hearing Time:   7:30 a.m.<br>Courtroom:      9D (Santa Ana)<br>Judge:          Hon. David O. Carter |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on May 30, 2018, at 7:30 a.m., or as soon thereafter as counsel may be heard, plaintiff Anthony Basile and class member Victoria Browning will respectfully move the United States District Court for the Central District of California, Southern Division, before the Honorable David O. Carter, in Courtroom 9D located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, for entry of an order:

(1) approving reimbursement of litigation expenses to Mr. Basile and Ms. Browning in the total amount of $9,664.56 ($6,306.90 to Bottini & Bottini, Inc. ("Bottini & Bottini") and $3,357.66 to Cotchett, Pitre & McCarthy, LLP ("Cotchett Pitre"));

(2) granting an award of attorneys' fees to Mr. Basile and Ms. Browning's counsel in the total amount of $930,229.00 ($679,689.00 to Bottini & Bottini and $250,540.00 to Cotchett Pitre);

(3) approving service awards in the total amount of $10,000 ($5,000 each to Mr. Basile and Ms. Browning); and

(4) granting such other and further relief as the Court deems just and proper.

The motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the Declaration of Francis A. Bottini, Jr. (with exhibit), the Declaration of Mark C. Molumphy (with exhibit), and all other papers and proceedings in this action.

This motion is made following the conferences of counsel pursuant to L.R. 7-3, which took place on various days, including February 6, 2018, February 16, 2018, February 20, 2018, March 19–21, 2018, and April 5, 2018.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: April 25, 2018 | BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr. (SBN 175783)<br>Albert Y. Chang (SBN 296065)<br>Yury A. Kolesnikov (SBN 271173) |
| 2 | | |
| 3 | | |
| 4 | | <u>   s/ Francis A. Bottini, Jr.   </u><br>Francis A. Bottini, Jr. |
| 5 | | 7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037 |
| 6 | | Telephone:   (858) 914-2001<br>Facsimile:   (858) 914-2002 |
| 7 | | Email:   fbottini@bottinilaw.com<br>achang@bottinilaw.com |
| 8 | | ykolesnikov@bottinilaw.com |
| 9 | | COTCHETT, PITRE & MCCARTHY, LLP<br>Joseph W. Cotchett (SBN 36324) |
| 10 | | Mark C. Molumphy (SBN 168009)<br>San Francisco Airport Office Center |
| 11 | | 840 Malcolm Road, Suite 200<br>Burlingame, California 94010 |
| 12 | | Telephone:   (650) 697-6000<br>Facsimile:   (650) 697-0577 |
| 13 | | Email:   jcotchett@cpmlegal.com<br>mmolumphy@cpmlegal.com |
| 14 | | *Counsel for Plaintiff Anthony Basile and Movant Victoria Browning* |

- 2 -

Notice of Motion and Motion                                                      Case No. 14-cv-2004 DOC (KESx)