**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
RICHARD D. GLUCK
(Bar No. 151675)
rich.gluck@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:  (858) 793-0070
Facsimile:   (858) 793-0323

-and-

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
ELI R. GREENSTEIN
(Bar No. 217945)
egreenstein@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone:  (415) 400-3000
Facsimile:   (415) 400-3001

*Counsel for Class Representatives*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION SECURITIES LITIGATION | Case No. 8:14-cv-02004-DOC-KESx <br><br> CLASS ACTION <br><br> **NOTICE OF LODGING OF [PROPOSED] JUDGMENT APPROVING CLASS ACTION SETTLEMENT; [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF NET SETTLEMENT FUND; AND [REVISED PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |

1  Pursuant to the Court's instructions at the June 12, 2018 final approval hearing,
2  Plaintiffs and Lead Counsel respectfully submit the following proposed orders:

| | |
|---|---|
| Exhibit 1 | [Proposed] Judgment Approving Class Action Settlement |
| Exhibit 2 | [Proposed] Order Approving Plan of Allocation of Net Settlement Fund |
| Exhibit 3 | [Revised Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses |

Subject to the Court's review and approval, the [Revised Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses has been revised to reflect the discussions and directions of the Court at the June 12 hearing.

June 15, 2018                              Respectfully submitted,


BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
RICHARD D. GLUCK (Bar No. 151675)
rich.gluck@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

-and-

*/s/ Mark Lebovitch*
MARK LEBOVITCH (*Pro Hac Vice*)
markl@blbglaw.com
JEREMY P. ROBINSON (*Pro Hac Vice*)
Jeremy@blbglaw.com
MICHAEL D. BLATCHLEY (*Pro Hac Vice*)
michaelb@blbglaw.com
EDWARD G. TIMLIN (*Pro Hac Vice*)
edward.timlin@blbglaw.com
1251 Avenue of the Americas, 44th Floor

```
                                    New York, NY 10020
                                    Telephone: (212) 554-1400
                                    Facsimile: (212) 554-1444


                                    KESSLER TOPAZ
                                        MELTZER & CHECK, LLP
                                    ELI R. GREENSTEIN (Bar No. 217945)
                                    egreenstein@ktmc.com
                                    STACEY KAPLAN (Bar No. 241989)
                                    skaplan@ktmc.com
                                    PAUL A. BREUCOP (Bar No. 278807)
                                    pbreucop@ktmc.com
                                    One Sansome Street, Suite 1850
                                    San Francisco, CA 94104
                                    Telephone: (415) 400-3000
                                    Facsimile: (415) 400-3001

                                    -and-

                                    LEE RUDY (*Pro Hac Vice*)
                                    lrudy@ktmc.com
                                    JOSH D'ANCONA (*Pro Hac Vice*)
                                    jdancona@ktmc.com
                                    JUSTIN O. RELIFORD (*Pro Hac Vice*)
                                    jreliford@ktmc.com
                                    280 King of Prussia Road
                                    Radnor, PA 19087
                                    Telephone: (610) 667-7706
                                    Facsimile: (610) 667-7056

                                    *Class Counsel for Class Representatives and
                                    the Class*

                                    MURRAY MURPHY MOUL
                                        BASIL LLP
                                    BRIAN K. MURPHY
                                    murphy@mmmb.com
                                    JOSEPH F. MURRAY
                                    murray@mmmb.com
                                    1114 Dublin Road
                                    Columbus, OH 43215
                                    Telephone: (614) 488-0400
                                    Facsimile: (614) 488-0401

                                    *Special Counsel for the Ohio Attorney General*
```